# PATIENT HISTORY REPORT

Flushing Hospital Medical Center
Department of Clinical Laboratories
45th Avenue at Parsons Blvd., Flushing, NY 11135
Marta Niederland, M.D., Director

PATIENT: SHIN, YOUNG
MRN#:      F838282
ADMIT:     10/06/11
Loc/Rm/Bed: F081X--
DOB: 01/15/1957  AGE:
ADM: ,
ACCT#: F404578163

## R E S P I R A T O R Y   T H E R A P Y

| | -----F406049----- | REFERENCE RANGE |
|---|---|---|
| COLLECTED | 10/06/11 03:10 | |
| PRIORITY, PHYSICIAN | STAT STAFF, PHYSICIAN | |

## A r t e r i a l   B l o o d   G a s

| | | REFERENCE RANGE |
|---|---|---|
| Collection Site | L. RADIAL | |
| Temperature | 37.0 | 36.5-37.5 deg C |
| FIO2 | 21.0 | % |
| pH (Arterial) | 7.38 | 7.35-7.45 |
| PCO2 (Arterial) | 44.0 | 32.0-48.0 mmHg |
| PO2 (Arterial) | 90.0 | 80.0-100.0 mmHg |
| HCO3 (Arterial) | 26.0 | 18.0-26.0 mmol/L |
| Base Excess (Arterial) | 0.6 | -4.0-2.0 mmol/L |
| Carboxyhgb (Arterial) | 2.0  H | 0.0-1.5 % |

# 1

SHIN, YOUNG SOON - 3697781 Opened by KONCEVITCH Resident MU, CARMELA

Task  Edit  View  Time Scale  Options  Help

SHIN, YOUNG SOON
Allergies: No Known Allergies

Age:54 years          Gender:F
DOB:1/15/1957

Loc:Emergency Dept
EMR#:3697781
Fin#:00040996204          Emergency 00040996204

Flowsheet | Orders | Medication Profile

Clinical Notes | PowerNote ED | Patient Information | From Browser | MAR | Intake and Output | Task List | Rad Results

Flowsheet: All Results Flowmheet          Level | ALL RESULT SECTIONS          Table  Group  List

October 01, 2011 11:16 AM - October 03, 2011 11:16 AM (Clinical Range)

| Navigator | Results | October 01, 2011 11:16 AM | |
|---|---|---|---|
| Arterial Blood Gases | Arterial Blood Gases | | |
| | Sample Type | ARTERIAL | ARTERIAL |
| Misca Labs | HGB3 | 26.9 | 26.9 |
| Presenting Information | PaCO2 | 439 | 439 |
| Medication Hx | PaO2 | 96 | 96 |
| | SaO2 | 9.3 | 9.3 |
| Vial signs and Measurement | Base Excess | 120 | 120 |
| Pain Assessments | Hemoglobin (ABG) | 08 | 08 |
| Neuro | Met Hemoglobin | 7.403 | 7.403 |
| Skin | PH | | |
| | Misca Labs | 1.0 | 1.0 |
| Respiratory | COHb. | | |
| Cardiovascular | Presenting Information | | |
| GI | Triage Comments | AS PER PT. B | |
| GenitoUrinary | Tracking Acuity | 3-Acute | |
| OB GYN | Visit Reason | SOX | |
| | Mode of Arrival | Self | |
| Musculoskeletal | ED HIV Test Offered | No Patient De | |
| OB Psychosocial | Medication Hx | | |
| Immunization Hx | Medication Y/N | None | |
| Emergency Visits | Vital signs and Measurements | | |
| Adult/Transfer/Discharge Di | Temperature | 97.8 | H 99.2 |
| Valuables and Belongings Di | Temperature Method | Temporal | Temporal |
| | Heart Rate | 78 | 63 |
| Medical Hx | Respiratory Rate | H 19 | H 19 |
| ED Documents | Systolic Blood Pressure | H 160 | H 142 |
| Patient Education | Diastolic Blood Pressure | 125 | 99 |
| | Oxygen Saturation | 96 | 96 |
| | Nurse Note | Nursing Note | Nursing Note |
| | Pain Assessments | | |
| | Pain Symptoms | Yes | |
| | Region | HEADACHE | |
| | Pain Vas Scale | 5 | |
| | Neuro | | |
| | Adult Verbal | | Orientated |
| | Adult Motor | | Obeys Comma |
| | Adult Eye Opening | | Eyes open spo |
| | Neurological Assessment | | See GCS Assp |
| | Adult GCS Calculation | | 15 |
| | Neurological Additional Information | | AWAKE, ALEF |
| | Adult/Ped Glasgow | | Adult |

# The NY Hosp Med Ctr of Queens

PO BOX 535
BALDWINSVILLE, NY 13027
Tax ID: 111833362

**Run Number:** 11-147648

MultiMed Billing Service    *    Toll Free (800) 927-5845    *    Local (315) 635-1789    *    Fax (315) 635-3289

**PLEASE COMPLETE THE INSURANCE QUESTIONNAIRE ON THE BACK OF THIS FORM AND RETURN BY MAIL OR FAX TO (315) 635-3289.**

If you have insurance that will cover this claim, please fill out, sign and return the back of this form. Otherwise, remit payment or contact us to discuss payment arrangements. Please note, we do accept credit cards.

**ADDRESSEE**

• YOUNG SOON SHIN
149-15 BARCLAY AVE APT 6
FLUSHING, NY 11355

**PATIENT**

YOUNG SOON SHIN
149-15 BARCLAY AVE, APT 6
FLUSHING, NY 11355

| DATE OF SERVICE | FROM | TO | PAYOR | | |
|---|---|---|---|---|---|
| 12/04/2011 | Residence | Queens Hospital Center | Bill Patient | | |

| Date | Description | Quantity | Unit Price | Check # | Amount |
|---|---|---|---|---|---|
| | BLS Emergency Base Rate | 1 | $827.40 | | $827.40 |
| | Mileage | 4 | $7.72 | | $30.88 |

**PLEASE PAY THIS AMOUNT** $858.28

DETACH ALONG LINE AND RETURN STUB WITH YOUR PAYMENT. THANK YOU.

□ Check / Money Order
□ Visa  □ MasterCard  □ Discover  □ American Express

**Amount Enclosed $**

CARD HOLDER INFORMATION

CARD NUMBER
EXPIRATION /
MUST INCLUDE 3 DIGIT SECURITY CODE FROM BACK OF CARD

PRINT NAME
ADDRESS

CITY
STATE
ZIP

SIGNATURE
AMOUNT $

| Run Number | Amount Due |
|---|---|
| 11-147648 | $ 858.28 |
| **Statement Date** | **Due On** |
| 12/09/2011 | 12/23/2011 |
| **Patient Name** | |
| YOUNG SOON SHIN | |

**REMIT TO**

The NY Hosp Med Ctr of Queens
PO BOX 535
BALDWINSVILLE, NY 13027

60398

**QUEENS HOSPITAL CENTER**
**Department of Psychiatry – Inpatient Services**
82-68 164th Street
Jamaica, NY 11432

## Inpatient Nursing Admission Assessment

_Not my name (fake chart)_

35-565-32 PS-S   F
SHIN, YOUNG
01/15/57  12/04/11
FCS

### TO BE COMPLETED BY NURSING WITHIN 8 HOURS OF ADMISSION

| ☐ PATIENT PREFERRED TO SPEAK ENGLISH FOR THIS ASSESSMENT | ☑ PATIENT PREFERRED A NON-ENGLISH LANGUAGE |
|---|---|

Preferred Language: _Korean_

**Patient is:** ☐ Hard of Hearing  ☐ Deaf  ☐ Mute

☑ Clinician spoke in patient's preferred language
☑ Interpreter Hotline (1500); ☐ Face-to-Face
☐ Telephonic

☐ Staff Interpreter (other than the clinician)  ☐ Deaf Talk
☐ Refused interpreter services, used person below

Interpreter Identification include Staff's name/title, Interpreter's Name or ID# or Name/Relationship (must be 18 or older)
_# 1151D_

## IDENTIFYING DATA

Last: _Shin_   First: _Young_   AKA:

*Address: _149-15 Barclay Ave_   Tele: _917-982-252)_
_Flushing NY  11355_

*Place of Birth: _Korea_   Marital Status: _S_

Ethnicity: _Korean_   Education: _ABMSG_

Religion/Cultural Preferences: ☐ Yes ☑ No   Explain:

Legal Status: ☑ Emergency 9.39  ☑ Voluntary ☐ Involuntary  Legal Status Expires:

**Advance Directives:** ☐ Yes ☑ No   If yes, check one: ☐ Proxy ☐ DNR ☐ DNI

Admitted from:

Reason for Admission: _Brought herself in thinking the landlord wants to kill her_

Mode of Transport to Unit: ☐ Stretcher  ☐ Wheelchair  ☐ Ambulatory

Accompanied by: _Cop Staff_   Relation: _N/A_   Telephone: _N/A_

Property Clothing Sent Home: ☐ Yes ☑ No   Searched by: NAME/TITLE _Mr Hudson BH_

Personal Medication:   ☐ Home  ☐ Property Office  ☑ None

Comment:

## Vital Signs:
Temp: _97.9_ °F   ☑ Oral  Height: _5'3_   Weight: _144_   BMI:

B/P sitting _120/ 92_ standing _138 / 100_  Pulse: _96_ /min   RR: _18_ /min

**Allergies:** ☐ Yes ☑ No Food: _Denie_   Drugs: _Denie_   If yes, allergy band

ID Band: ☐ Yes ☑ No   Comment:

Sleep Pattern: _"I sleep well"_

_Ambulance record + found in CR medical record disappeared_
_#4_

MRA INTERDISCIPLINARY ASSESSMENT – REV. 5/10

1

MR# 000003556532

Deception & Fraud paper

# QUEENS HOSPITAL CENTER FACE-SHEET

DISCHARGE DATE 12-6-11

| ADMISSION NUMBER 60352499 | ADMISSION DATE/TIME 12/04/2011 10:13 |
| SERVICE PSY | STATION P5 | BED NO. SP52501 | PT/YC Z | SEX S | NO.INS PRV.AP | PRE ADM | PRV.AP | SOC | RACE RA | B&S W&S F | RELIG S | RELIG UNK | DATE OF BIRTH 01/15/1957 | AGE 54Y | PLACE OF BIRTH US |

PATIENT NAME AND ADDRESS
SHIN, YOUNG
149-15 BARCLAY AVE APT/FLOOR 6
FLUSHING NY 11355  061
PHONE 917-992-7525

SOCIAL SECURITY NUMBER

PATIENT EMPLOYMENT SELF EMPLOYED

AKA UNK, UNK
FATHER NAME
MOTHER MAIDEN
U.S. CIT.
ALIEN NO.

MODE OF ARRIVAL: OAM
AMB NAME AND NO.
PREV. TREATMENT
PREV. ADM PREVIOUS NAME

ACCIDENT INFO
CODE
PLACE
LMP

HOME PHONE 347-392-980
BUSINESS PHONE

NEXT OF KIN
PK, B
RELATION STEP MOTHER
PERSON TO BE NOTIFIED
ELDAR, JIL
RELATION STEP MOTHER

HOME PHONE 917-838-618
BUSINESS PHONE

GUARANTOR NAME AND ADDRESS
SHIN
RELATION SELF
149-15 BARCLAY AVE
FLUSHING NY 11355

GUARANTOR INFORMATION
PHONE NO. 917-992-7525
SOC SEC NO.
APT/FLOOR 6 OCCUP. SELF EMPLOYED
GUARANTOR EMPLOYER

I do not have any insurance
NO insurance

MEDICARE NO.
PLAN CODE
MEDICAID NO.
PLAN CODE
UNION INFORMATION LOCAL

BLUE CROSS NUMBER
SOC. NO.
CARD HOLDER
GROUP NUMBER
CARD HOLDER
RELATION

OTHER INSURANCE
POLICY NO.
EMPLOYER

PLAN SUBSCRIBER

ADMIT DATE 8254691
PRE-ADM DATE SEC 1 12/MAY 07

ARRIVAL DATE 12/04

ADMITTED BY JP5

ADM. DR. NO. 803841 ADM. DOCTOR NAME SIDDIQI, ANILA A
ATT. DR. NO. 803841 ATT. DOCTOR NAME SIDDIQI, ANILA A F
298.2 CONDITION

FOLLOWING TO BE FILLED OUT BY PHYSICIAN

FINAL DIAGNOSIS Schizophrenia paranoid type

ADM. DIAGNOSIS REACTIVE CONFUSION

COMPLICATIONS (INCLUDE DRUG REACTIONS AND INFECTIONS)

SURGERY, DELIVERIES OR TREATMENTS: (INCLUDE DATE)

DISPOSITION: HOME / IMPROVED
CONDITION: IMPROVED / UNIMPROVED
EXPIRED: UNDER 48 HOURS / OVER 48 HOURS
DATE/TIME DISCHARGED

SNF / ICF / UNINPROVED / AUTOPSY YES / NO

HOME CARE / OTHER HOSP. / OWN HOSP.
M.E. CASE / YES / NO
SURGICAL SUMMARY

OTHER INST.
ACCEPTED / REFUSED
ATTENDING M.D.
SIGNATURE DATE

OWN RELEASE
OWN RELEASE
M.E. NUMBER

SUMMARY DICTATED

MEDICAL RECORDS COPY

Sun, 4 Dec 11   0645

Queens Health Network
Chart Review Print

| Location | Patient Name | Patient Number | Visit Number | DOB | Sex |
|---|---|---|---|---|---|
| EP | Shin,Young | 3556532 | 3556532-2 | 01/15/57 | F |

Attending Physician

Unscheduled Fall/Risk Assessment
Event Time: Sun, 04 Dec 11  0645                          Status: complete

Sun, 04 Dec 11  0645   Documented by Patrick Nicolas, RN

Fall/Risk Assessment: History of Falling: no Secondary Diagnosis: no
                      Ambulatory Aid: none IV or Medlock: no Gait:
                      normal Mental Status: oriented to own ability
                      Fall Risk Score: 0

Documented By      : Patrick Nicolas, RN

Unscheduled Pain Assessment (Initial)
Event Time: Sun, 04 Dec 11  0645                          Status: complete

Sun, 04 Dec 11  0645   Documented by Patrick Nicolas, RN

Current Pain?          : no pain at this time
Type of Pain Scale     : Numeric Pain Scale
Numeric Scale          : 0
Comfort/Function Goal  : unable to determine: assign patient a pain level 3
Pain Score             : 0
Nurse Signature        : Patrick Nicolas, RN

* * * End of Report * * *

Sun, 4 Dec 11   0539

Queens Health Network
Chart Review Print

Page   1 of 1

| Location | Patient Name | Patient Number | Visit Number | DOB | Sex |
|---|---|---|---|---|---|
| EP | Shin,Young | 3556532 | 3556532-1 | 01/15/57 | F |

Attending Physician

Status: supplemental

Unscheduled ED Triage
Event Time: Sun, 04 Dec 11   0304

Sun, 04 Dec 11   0310   Documented by Elbert David, PA

Patient Chief Complaints: i need to get the chemical checked in my house.
Chief Complaint            : Psychosis
Vital Signs                : Temp: 98.1 F (36.7 C) Temp Source: Oral Pulse:
                             88  bpm Resp: 16  O2 Sat: 99  % BP: 155/117
                             mmHg
Pain Level                 : No pain present
UCG                        : Not Pregnant
LMP                        : post-menopausal
EKG                        : No
Allergies Med              : no known allergies
Allergies Other            : no known allergies
Medications                : none
Past Med Hx                : No Significant Past Medical History
Rapid HIV Offered?         : Not Accepted
Domestic Violence          : No
Abuse/Neglect              : None
Smoking Status             : never smoked (<100 cigarettes in lifetime)
ESI Level (1-5)            : 3
Elopement Risk             : Yes
Fall Assmt/HUGS Applied    : Yes
Exposure?                  : No
Sepsis Risk                : no
Destination                : Adult Area B

* * * End of Report * * *

**NOTICE OF STATUS AND RIGHTS**
**C.P.E.P. EMERGENCY ADMISSION**
(to be given to the patient upon initial
examination and retention by a C.P.E.P. staff physician)

Section 9.40 Mental Hygiene Law

| | Date of Arrival at C.P.E.P.: | | |
|---|---|---|---|
| | | | |

| Unit/Ward/Room/Box No. | | |
|---|---|---|
| Mo. | Day | Yr |

TO: _____

Based upon an initial examination by a staff physician, you have been admitted as an emergency-status patient to this Comprehensive Psychiatric Emergency Program (C.P.E.P.) for immediate observation, care and treatment. Within 24 hours of the time you are received in the C.P.E.P. emergency room, you will be examined by another physician, who is a member of the psychiatric staff of the C.P.E.P. If he or she confirms the first physician's findings, you will then be moved to an extended observation bed and may be kept in the C.P.E.P. for a period of up to 72 hours from the time you are received in the emergency room. During this 72 hour period you may be released, asked to remain as an informal-status patient, or be admitted to a psychiatric hospital as a emergency, involuntary or voluntary patient.

You, and anyone acting on your behalf, should feel free to ask C.P.E.P. staff about your condition, your status and rights under the Mental Hygiene Law, and the rules and regulations of this program.

If you, or those acting on your behalf, believe that you do not need immediate observation, care and treatment, you or they may make a written request for a court hearing. Copies of such a request will be forwarded by the C.P.E.P. director to the appropriate court and the Mental Hygiene Legal Service.

**MENTAL HYGIENE LEGAL SERVICE**

The Mental Hygiene Legal Service, a court agency independent of this program, can provide you and your family with protective legal services, advice and assistance, including representation, with regard to your hospitalization. You are entitled to be informed of your rights regarding hospitalization and treatment, and have a right to a court hearing, to be represented by a lawyer, and to seek independent medical opinion.

You, or someone acting on your behalf, may see or communicate with a representative of the Mental Hygiene Legal Service by telephoning or writing directly to the office of the Service or by requesting C.P.E.P. staff to make such arrangements for you.

The Mental Hygiene Legal Service representative for this C.P.E.P. may be reached at:

MENTAL HYGIENE LEGAL SERVICES
ELMHURST HOSPITAL CENTER
79-01 BROADWAY, C-11-8
ELMHURST, N.Y. 11373
718 334-2351

**THE ABOVE PATIENT HAS BEEN GIVEN A COPY OF THIS NOTICE.**

_____        _____
Signature of Staff Physician                    Date

COPIES TO: Persons designated by patient to be informed of admission. (If None, type in "NONE".)

_____

_____

*A copy of this Notice of Status and Rights is also being sent to the Mental Hygiene Legal Service.*
*State and Federal Laws prohibit discrimination based on race, color, creed, national origin, age, sex, or disability.*

Form OMH 474 SR (2-06)

New York State
Office of Mental Health

**NOTICE OF STATUS AND RIGHTS**
**EMERGENCY ADMISSION**
(to be given to the patient at the time of
admission to the hospital)

Section 9.39 Mental Hygiene Law

| Patient's Name (Last, First, M.I.) | "C" No. | | | | | |
|---|---|---|---|---|---|---|
| SHIN, YOUNG | 33 | 35 | 565 | 32 | 4 | |
| Sex | Date of Birth | | | | | |
| | 01/15/1957 | EMR | | FC | S | |
| Facility Name | Unit/Ward Residence No. | | | | | |
| | Date of arrival at Hospital: | | Mo. | Day | Yr. | |

TO: _____

Based upon an examination by a staff physician, you have been admitted as an emergency-status patient to this hospital for persons with mental illness because you are alleged to have a mental illness for which immediate observation, care, and treatment in a hospital is appropriate. It also alleged that such mental illness is likely to result in serious harm, which according to Section 9.01 of the Mental Hygiene Law means "(a) a substantial risk of physical harm to the person as manifested by threats of, or attempts at suicide or serious bodily harm or other conduct demonstrating that the person is dangerous to himself or herself, or (b) a substantial risk of physical harm to other persons as manifested by homicidal or other violent behavior by which others are placed in reasonable fear of serious physical harm." Within 48 hours of the time of your admission, you will be examined by another physician, who is a member of the psychiatric staff of the hospital. If he or she confirms the first physician's findings, you may then be kept in the hospital for a period of up to 15 days from the date of your arrival. During this 15 day period you may be released, converted to involuntary status, or asked to remain as a voluntary or informal patient.

You, and anyone acting on your behalf, should feel free to ask hospital staff about your condition, your status and rights under the Mental Hygiene Law, and the rules and regulations of this hospital.

If you, or those acting on your behalf, believe that you do not need immediate observation, care and treatment, you or they may make a written request for a court hearing that will take place as soon as possible, and in any event, within 5 days after the request is recieved by the hospital. Copies of such a request will be forwarded by the hospital director to the appropriate court and the Mental Hygiene Legal Service.

**MENTAL HYGIENE LEGAL SERVICE**

The Mental Hygiene Legal Service, a court agency independent of this hospital, can provide you and your family with protective legal services, advice and assistance, including representation, with regard to your hospitalization. You are entitled to be informed of your rights regarding hospitalization and treatment, and have a right to a court hearing, to be represented by a lawyer, and to seek independent medical opinion.

You, or someone acting on your behalf, may see or communicate with a representative of the Mental Hygiene Legal Service by telephoning or writing directly to the office of the Service or by requesting hospital staff to make such arrangements for you.

The Mental Hygiene Legal Service representative for this hospital may be reached at:

**THE ABOVE PATIENT HAS BEEN GIVEN A COPY OF THIS NOTICE.**

_____     12/9/11
Signature of Staff Physician     Date

COPIES TO: Person designated by patient to be informed of admission.
(if None, type in "NONE".)

A copy of this Notice of Status and Rights is also being sent to the Mental Hygiene Legal Service.
State and Federal Laws prohibit discrimination based on race, color, creed, national origin, age, sex, or disability.

# QHC
Queens Hospital Center

**QUEENS HOSPITAL CENTER**
**DEPARTMENT OF PSYCHIATRY**
**UNIT:** P5 ___ **Phone: (718) 883-** 2188

Admission Date 12/4/11

Discharge Date 12/6/11

3:565·32·P5·58·
SHIM, YOUNG 60352493
1/15/67 60352493
DM: 12/04/11
P5 3

## ADULT DISCHARGE AND AFTER-CARE SUPPORT SERVICE PLAN:

Dear Young Shin , family member, significant other or other involved person:

You have just completed your psychiatric hospitalization at Queens Hospital Center for
_Paranoid Thinking_ We are glad that you have improved.

We believe that if you follow the recommendations outlined below, you will increase the likelihood of
continuing to improve. For progress to continue, it will be necessary for you to follow your
recommendations for: ☑ Medication ☑ Counseling or Psychotherapy ☐ Individual Instructions

### Appointments:

Including Psychiatric, Medical, Educational, Vocational and Rehabilitative Treatment Services:
You have the following appointments:

Psychiatric Appointment – Date/Time _Wed 12/7/11 @ 9 am_ Purpose of Appointment _____

Agency/Address _QHC - Adult o/p clinic - Pavilion Bldg - 3rd fl_
_82-68 164 st_
Contact/Phone # _Debra Washington - 718 - 883-2898_ _Jamaica NY 11432_

Date/Time _____ Purpose of Appointment _____

Agency/Address _____

Contact/Phone # _____

Date/Time _____ Purpose of Appointment _____

Agency/Address _____

Contact/Phone # _____

Date/Time _____ Purpose of Appointment _____

Agency/Address _____

Contact/Phone # _____

#10

1

# QHC Queens Hospital Center

**QUEENS HOSPITAL CENTER**
**DEPARTMENT OF PSYCHIATRY**
**UNIT:** _____ Phone: (718) 883-_____

33-565-32 95-S F
SHIM, YOUNG
01/15/5/ 30352499
12/04/11
ES S

## Intensive Case Management:

Patient ☐ is ☑ is not eligible for ICM Services. Patient agrees ☐ Yes ☐ No

AOT ☐ Yes ☑ No ☐ In progress

Agency: _____ Referral Date: ___ - ___ - ___

Contact Person: _____ Phone: ___ - ___ - ___

## Living Arrangements:

Your social worker has worked with you to develop this plan; you will be living at:

_41-02 Murry ST_   that's cell phone 917-992-7032

_Flushing NY   11355_

☑ Primary Contact Confirmed   Name: _Young Lee_   Telephone # _347 352 5909 - Friend_

Patient/Family Agreement to living arrangements: ☑ Yes   ☐ No

This is a ☐ supervised residence ☐ unsupervised residence ☐ home ☐ other _____

☐ There are children, or elderly or other dependents in the home, and the following services are available and could be contacted for assistance:

_____

Contact # ___ - ___ - ___

## Financial Arrangements:  The following have been arranged, or are in progress:   employed

☐ Public Assistance ☐ SSI ☐ SSD ☐ Medicaid ☐ VA benefits ☐ Medicare ☐ Others
#:_____

Status of arrangement in progress and what you must do to follow up:

_____

If you have any questions about financial arrangements, please contact Patient Accounts at
**718-883-2482**

## Individual Instructions:

_____

_____

Patient/Family/Significant other agreement with aftercare plan   ☐YES   ☐ NO

2

#11

# QHC
## Queens Hospital Center

**QUEENS HOSPITAL CENTER**
**DEPARTMENT OF PSYCHIATRY**
UNIT: B___ Phone: (718) 883-____

```
23-505-32 P5-S F
SHIN, YOUNG
1/15/57
FC S 12/04/11 60352499
```

**Medication Recommendation:** The following Medication (s) are prescribed for you:

| Medication | Dose | Frequency | Purpose |
|---|---|---|---|
| NO | med | prescribed | |

If any injectable medications listed above, document date last given:

**Comments:**

It refused to take meds.

( after 2day) l. before they gave the
medicine with sour acid drink → I took it
It is strange why not give with
medicine instead of sour acid drink.

after I took the medicine for 2days,
I was very sick, so I've refused it
with one staff advice

n I have the right of refuse the medicine &
Thanks you so much that staff  (#17)

3

**If any side effect occurs that require medical attention DO NOT TAKE THE NEXT DOSE OF YOUR MEDICATION,** contact your Doctor or go to the **QUEENS PSYCHIATRIC EMERGENCY ROOM:** Telephone # (718) 883-3575

QH
Queens Hospital Center

**QUEENS HOSPITAL CENTER**
**DEPARTMENT OF PSYCHIATRY**
UNIT: _____ Phone: (718) 883-_____

23-65-32 P\-S F
SHIM, YOUNG
11/15/57  55352499
R.N.  S  12/06/11

**Allergies:** _____

**Diet:** ☑ Regular   ☐ Special   Specify special diet: _____

Wound /Dressing Care Continued after discharge: ☐ YES   ☐ NO   ☑ N/A

Glucose Testing: Continued after discharge: ☐ YES   ☐ NO   ☑ N/A

**Vaccination:** ☐ YES   ☑ NO

Pneumovax: Date Given _____   Influenza: Date Given _____

Condition: _____

Instructions: _____

Condition: _____

Instructions: _____

**SMOKING CESSATION REFERRAL:**

**TO BE USED AT DISCHARGE FROM ADULT INPATIENT UNITS FOR ALL PATIENTS WHO SMOKE**

☑ Patient does NOT smoke
(No further action indicated)

☐ Patient smokes

**Current smoking cessation treatment:**

☐ Nicotine Gum   ☐ None

☐ Nicotine Patch   ☐ Not motivated at this time

☐ Zyban   ☐ Other: _____

**QUEENS SMOKING CESSATION PROGRAM**   Telephone No. (718) 883-4210

Date of appointment: _____   Time: _____

4

# QHC
## Queens Hospital Center

**QUEENS HOSPITAL CENTER**
**DEPARTMENT OF PSYCHIATRY**
UNIT: 6S   Phone: (718) 883-2088
The Discharge and Aftercare Plan has

been answered and I understand the instructions:

_____ _____
Patient                              Date

_____ _____
Nurse + provider number          Date

_____ _____
Nurse Practitioner + provider #   Date

SS-95-32 PS-S
SHIR_ YOUNG PS-S
DO? S  12/13/57
FC #S  12//17/11/155249

been reviewed with me. My questions have

Family/Involved/Relation/Other   Date
PATRICIA PENN, LCSW-R
PROVIDER #035527
Social Worker + provider number   Date   12/6/11

Georges Jean-Pierre, M.D.
Department of Psychiatry
Psychiatric Attending + provider # Date   12/6/11

**IN CASE OF EMERGENCY, THE PSYCHIATRIC EMERGENCY ROOM IS OPEN 24 HOURS- A- DAY SEVEN DAYS- A- WEEK.**

Other: _____

_____

Queens Hospital Centers' follow-up program has been explained to me and I understand it. Queens Hospital Center will follow up on my aftercare by calling me, after care agencies, living facilities, or any other agency that is working with me for a period of 30 days. The follow-up worker is _PAtrcia Penn__ and their telephone number is: (718) 883-2087 I am also aware that I may receive a phone call from Healthstream inquiring as to my experiences and quality of care in the Hospital

_____ 12/6/2011
Patient Signature                Date

☑ Follow – Up    ☐ Don't Follow Up   12/6/11
                                    Date

**GIVE ONE COPY TO PATIENT; PUT ONE COPY IN CHART, AND SEND ONE COPY TO NEXT LEVEL OF CARE ALONG WITH DISCHARGE SUMMARY. INFORM PATIENT ABOUT RECEIVING PHONE CALLS FROM KOSKINAS (FOLLOW-UP) WORKER AS WELL AS HEALTHSTREAM.**

_Patricia Penn LCSW-R_____ 12/6/11
Social Worker Signature and Stamp   Date

PATRICIA PENN, LCSW-R
PROVIDER #035527

5

I dont want to sign this paper
of discharge because I need to
place inprint my will &
free out this hell place #14

Since I signed one paper of this hell
place inprint of not free out
afraid of sign

**QUEENS HOSPITAL CENTER**
Department of Psychiatry – Inpatient Services
82-68 164th Street
Jamaica, NY 11432

**Inpatient Nursing Admission Assessment**

35-565-32 PS-S F
SHIN, YOUNG
01/15/57    20352499
ADM: 12/24/11
FCS

**PAST PSYCHIATRIC HISTORY:**

**APPEARANCE/GROOMING**  ☑APPROPRIATE  ☐INAPPROPRIATE  ☐Well-groomed  ☐Disheveled

**ORIENTATION**  Alert and Oriented to:  ☐Time  ☑Place  ☑Person
☐Situation  ☐Confused  ☐Uncooperative
☐Does Not Recognize Illness  ☐Disorganized

**AFFECT**  ☑Appropriate  ☐Constricted  ☐Flat  ☐Blunted  ☐Guarded
Describe:

**MOOD:**  ☑Euthymic  ☐Labile  ☐Anxious  ☐Depressed  ☐Sad  ☐Irritable  ☐Other:
Describe:

**DELUSIONS:**  ☐Yes  ☑No  ☐Hallucinations  ☐Auditory  ☐Visual  ☐Tactile  ☐Olfactory
Describe:

**THOUGHT PROCESS:**  ☑No Problems
☐Blocking  ☐Tangential  ☐Flight of Ideas  ☐Circumstantial
☐LOA
Describe:

**BEHAVIOR DURING INTERVIEW**
☐Cooperative  ☐Partial Response  ☐Refused to Answer  ☐Suspicious  ☐Agitated
Describe:

**HISTORY OF VIOLENCE:**  ☑DENIES  ☐Self  ☐People  ☐Objects

#15

MRA INTERDISCIPLINARY ASSESSMENT – REV. 5/10

7

# QUEENS HOSPITAL CENTER
## Department of Psychiatry – Inpatient Services
82-68 164th Street
Jamaica, NY 11432

35 - 555 - 32 P5 - S   F
SHIN, YOUNG
11/15/57   00352499
DR:  12/04/11
PC  S

## Inpatient Nursing Admission Assessment

### FUNCTIONAL SCREEN
#### 1. Activities of Daily Living

| | Independent | Assisted | Dependent | Problem/Nursing Dx |
|---|---|---|---|---|
| Feeding | ☑ | ☐ | ☐ | ☐ Altered Self-Care |
| Bathing | ☑ | ☐ | ☐ | ☐ Grooming Hygiene |
| Toileting | ☑ | ☐ | ☐ | ☐ Nutritional Maintenance |
| Dressing | ☑ | ☐ | ☐ | |

Receives Home Care Services:   ☐ Yes   ☑ No

Note:

#### 2. Mobility Status:

☑ Ambulatory          ☐ Transfer w/Assistance          ☐ Nursing staff can adequately Provide care

☐ Bedbound            ☐ Ambulatory w/Assistance        ☐ MD Referral is needed

☐ Wheelchair Bound

| MORSE FALL SCALE ASSESSMENT (circle and add all numbers which apply) | | | |
|---|---|---|---|
| Directions: The RN will assess the patient on admission, upon transfer, with change in condition, after a fall and weekly.  Circle the appropriate number in the box and then total. If the total is 45 or greater, the patient is at risk for falling. | | | |
| History of Falling | | No = 0 | Yes = 25 |
| Secondary Diagnosis | | No = 0 | Yes = 15 |
| Ambulatory Aid | | None/Bed rest/Nurse Assist = 0 | Crutches/Cane/Walker = 10 / Furniture = 30 |
| Intravenous or Medlock | | No = 0 | Yes = 25 |
| Gait | | Normal/Bed rest/Wheelchair = 0 | Weak = 10 / Impaired = 20 |
| Mental Status | | Oriented to own ability = 0 | Overestimates/Forgets limitations = 15 |
| Implement Falls Protocol for Falls Prevention if Total Score is Greater than 45.    TOTAL: | | | 0 |

Brought to hospital:     ☐ Glasses     ☐ Hearing Aid     ☐ Cane     ☐ Wheelchair
                         ☐ Contacts    ☐ Prosthesis      ☐ Walker   ☐ Other:

☐ Potential for Fall                    ☐ Alternation and Mobility
☐ Educate on Fall Prevention           ☐ Fall Protocol initiated and documented



#16

8

MRA INTERDISCIPLINARY ASSESSMENT – REV. 5/10

**QUEENS HOSPITAL CENTER**
**Department of Psychiatry – Inpatient Services**
82-68 164th Street
Jamaica, NY 11432

**Inpatient Nursing Admission Assessment**

```
35-565-32 PS-S F
SHIN, YOUNG
01/15/57  00352499
        12/04/11
FCS
```

## ALCOHOL/DRUG SCREEN

1. Do you ever feel you should cut down on your drinking or drug use? ☐ Yes ☑ No
2. Type of Drink: _Denio_   Amount: _Denio_   Time of Last Drink: _Denio_
3. Drug Use: _Denio_   How Much/Day: _Denio_   Last Use: _Denio_
4. Have you had DT's, withdrawal seizures or ever had treatment for alcohol/drug withdrawal? ☐ Yes ☑ No

AA/NA participation? ☐ Yes ☑ No

## VIOLENCE SCREEN

A. Has someone ever tried to restrict your freedom or keep you from doing things that were important to you (e.g. going to school, seeing friends or family)? ☐ Yes ☑ No
B. Has someone ever threatened to hurt you or someone close to you? ☐ Yes ☑ No
C. Has your partner or ex-partner ever hit your or physically hurt you? ☐ Yes ☑ No
D. Have you ever been raped or sexually assaulted? ☐ Yes ☑ No
E. Have you been accused of child/spousal/elder abuse? ☐ Yes ☑ No
   If yes, describe _____

## BROSET VIOLENCE CHECKLIST (BVC)

The BVC is a short checklist to help predict violent behavior during the next 24 hours. Checklist will be Completed upon admission and daily until the patient scores less than 2. Plan of care for violent/aggressive patient will be initiated and discontinued.
Score (1) if present or (0) if absent during the Tour preceding scoring. Note regarding patients who exhibit target behaviors on a persistent basis at their baseline: an increase in the behavior over the baseline level is scored as (1), but a behavior exhibited at the baseline level is scored as (0).

| | |
|---|---|
| Confused | 0 \_ |
| Irritable | 0 \_/ |
| Loud, unruly | 0 \_/ |
| Physically threatening | 0 \_/ |
| Verbally threatening | 0 \_/ |
| Attacking objects/persons | 0 \_/ |
| **SUM TODAY'S SCORE:** | 0 |

Completed by _S. Phil_ , R.N.

Date _12/4/16_   Tour I _ II ✓ III _

Previous Tour score was _____

Violent behavior past Tour? Yes _____   No _____
Stat doses psychotropic medications administered
past Tour?  Yes _____   No _____

**QUEENS HOSPITAL CENTER**
Department of Psychiatry – Inpatient Services
82-68 164th Street
Jamaica, NY 11432

`23-555-32  P5-S  F`
`IN, YOUNG`
`11/15/57  :0352499`
`: 9:.  12/04/11`
`on:  F C  S`

Inpatient Nursing Admission Assessment

Name Imprint

## ELOPEMENT RISK ASSESSMENT

| Indicator | Assessment | | | Reassessment | | |
|---|---|---|---|---|---|---|
| | Yes | No | Date | Yes | No | Date |
| * Patient has a prior history of elopement from an inpatient psychiatric setting | ☐ | ☑ | 12/4/11 | ☐ | ☐ | |
| * Patient is checking doors and windows | ☐ | ☑ | 12/4/11 | ☐ | ☐ | |
| * Patient is making attempts to escape from the unit | ☐ | ☑ | 12/4/11 | ☐ | ☐ | |
| * Patient is making verbal statements of intent to leave the unit without permission | ☐ | ☑ | 12/4/11 | ☐ | ☐ | |
| Patient has a prior history of AWOL from other facilities, i.e. hospital, school, | ☐ | ☑ | 12/4/11 | ☐ | ☐ | |
| Current substance withdrawal with verbalization of strong urge to use. | ☐ | ☑ | 12/4/11 | ☐ | ☐ | |
| Patient is fearful and demonstrating paranoia related to the hospital environment. | ☐ | ☑ | 12/4/11 | ☐ | ☐ | |
| RN Initials | | SN | | | | |
| * Denotes high risk | | | | | | |

If the patient is positive or answers "YES" to any of the indicators in bold print with an asterisk he/she is a **HIGH RISK** for elopement and the  RN will: (1) Notify MD for collaboration, (2) Develop a plan of care which includes maintaining patient on Every-15-Minute Observation.

- If possible, restrict patient to the unit unless there is an emergency – no off-unit appointments
- Encourage patient not to stand near the exit door
- Assign the patient a room away from the unit exit door
- RN to meet with the patient every shift to establish trust relationship and assess risk for elopement
- Elicit the patient's cooperation and document patient understanding of the plan of care.
- If appropriate, place patient in hospital pajamas after discussion with MD document the reason in the patient medical record.

If the patient is positive or answers "YES" to any of the other indicators not bolded, he/she is at **MODERATE RISK** and should be placed on Every-15-Minute Observation and notify MD.

MD/NP/PA Review of the Elopement Assessment): _____  Date: _____

MRA INTERDISCIPLINARY ASSESSMENT – REV. 5/10

10

**QUEENS HOSPITAL CENTER**
Department of Psychiatry – Inpatient Services
82-68 164th Street
Jamaica, NY  11432

**Inpatient Nursing Admission Assessment**

```
35-565-32 PS-S  F
SHIN, YOUNG
11/15/57  00352499
ADM: 12/04/11
C S
                    Addressograph
```

## Sleep Apnea Screening Tool

Obtain information from patient, family, and/or observations by provider.

| | Yes | No |
|---|---|---|
| 1.  History of sleep apnea | | ✓ |
| 2.  Loud/heavy snoring (loud enough to be heard through a closed door) | | ✓ |
| 3.  Daytime hypersomnolence (feeling unrefreshed upon awakening and/or falls asleep easily in a non-stimulating environment e.g. watching TV, reading or riding) | | ✓ |
| 4.  Witnessed apneas (loud snoring → quiet → loud snoring) | | ✓ |
| 5.  Obesity (BMI) | | ✓ |
| 6.  Neck circumference 17 inches (men) or 16 inches (women) | | ✓ |

The sleep apnea screen is positive as per below:
- If the patient has items 1 – 4, or
- If the patient has item 5 or 6 in conjunction with items 1, 2, 3, or 4.

Notification of a positive screen made to:

_____    _____
MD/NP/PA notified                                          Date

Follow-up Sleep Apnea Screen:

_____    _____
RN Signature                                                  Date    10/4/11

MRA INTERDISCIPLINARY ASSESSMENT – REV. 5/10

11

NEW YORK CITY
HEALTH AND HOSPITAL CORPORATION
NUTRITIONAL SERVICES DEPARTMENT

## BEHAVIORAL HEALTH
## SCREEN FOR NUTRITIONAL RISK
ADULT (In –Patient)

**Nutritional High Risk: (Priority 1)**

( ) Unintentional weight loss > 5% in 30 days
( ) PO intake< 50% of usual for 3 days
( ) Diagnosis of Malnutrition (Failure to thrive)
( ) Unintentional vomiting/diarrhea > 3 days
( ) Difficulty chewing/swallowing/sore mouth
( ) Uncontrolled DM, DKA or New Onset DM
( ) Gestational Diabetes
( ) AIDS
( ) Pregnancy
( ) Metastatic Cancer/Head, Neck Ca/GI Ca
( ) Acute Renal Disease
( ) Pressure Ulcers

**Nutritional Moderate Risk: (Priority 2)**

( ) Anorexia/Bulimia
( ) Dementia/Alzheimers
( ) Concern that food/fluid may be poisoned/altered
( ) Overly active/unable to take time to eat/drink
( ) Uninterested in eating
( ) Constipated > 3 days
( ) BMI >30
( ) History of DM
( ) BMI <17

**NUTRITIONAL LOW RISK: (Priority 3)**
( ✓ ) No nutritional referral needed at this time

**\* For Food Preferences call Food and Nutrition Department at 3-3838**

Completed by: _____   RD   10/4/11   1:45 pm
                Nursing Signature    Title    Date    Time

# The NY Hosp Med Ctr of Queens

PO BOX 535
BALDWINSVILLE, NY 13027
Tax ID: 111839362

MultiMed Billing Service   *   Toll Free (800) 927-5845   *   Local (315) 635-1789   *   Fax (315) 635-3289

**Run Number:**

**11-121874**

**If you have insurance that will cover this claim, please fill out, sign and return the back of this form. Otherwise, remit payment or contact us to discuss payment arrangements. Please note, we do accept credit cards.**

**PLEASE COMPLETE THE INSURANCE QUESTIONNAIRE ON THE BACK OF THIS FORM AND RETURN BY MAIL OR FAX TO (315) 635-3289.**

**ADDRESSEE**

YOUNGSOON SHIN
149-15 BARCLEY AVE
FLUSHING, NY 11354

**PATIENT**

YOUNGSOON SHIN
149-15 BARCLEY AVE
FLUSHING, NY 11354

| DATE OF SERVICE | FROM | TO | PAYOR |
|---|---|---|---|
| 10/06/2011 | Residence | Flushing Hospital Medical Ctr | Bill Patient |

| Date | Description | Quantity | Unit Price | Check # | Amount |
|---|---|---|---|---|---|
| | BLS Emergency Base Rate | 1 | $827.40 | | $827.40 |
| | Mileage | 2 | $7.72 | | $15.44 |
| | NY State HCRA Surcharge 8.85% | 1 | $81.08 | | $81.08 |

**PLEASE PAY THIS AMOUNT**   **$923.92**

- - - - - - - - - - DETACH ALONG LINE AND RETURN STUB WITH YOUR PAYMENT. THANK YOU. - - - - - - - - - -

CARD HOLDER INFORMATION

☐ Check / Money Order   Amount Enclosed $

☐ Visa  ☐ MasterCard  ☐ Discover  ☐ American Express

CARD NUMBER

PRINT NAME

ADDRESS

CITY   STATE   ZIP

SIGNATURE   $

EXPIRATION   /   MUST INCLUDE 3 DIGIT SECURITY CODE FROM BACK OF CARD

AMOUNT

| Run Number | Amount Due |
|---|---|
| 11-121874 | $ 923.92 |
| Statement Date | Due On |
| 11/02/2011 | 11/16/2011 |
| Patient Name | |
| YOUNGSOON SHIN | |

**REMIT TO**

The NY Hosp Med Ctr of Queens
PO BOX 535
BALDWINSVILLE, NY 13027

79784

Patient Name **SHIN, YOUNG SOON**

Account Number **404578163**

Medical Record No. **838282**

Date **10/6/2011**

# Flushing Hospital Medical Center

## Emergency Department Nursing Notes and Vital Sign

| TimeEntered: | 10/6/2011 | | 3:50 | Vitals Taken By: | CAM | | |
|---|---|---|---|---|---|---|---|
| **Temperature** | | **Pulse** | | **Blood Pressure** | **Respirations** | **Pulse Ox** | **Pain Scale** |
| O **98.0** | | **Right 71** | | R **121/65** | **14** | **100%** | **No Pain @ this time** |
| T | | **Left** | | L | | | |
| R | | | | | | | |

## Nursing Notes

| Time Note Entered | RN Initials | Note |
|---|---|---|
| 10/6/2011 2:23 | CAM | Pt walk-in ER with multiple complaint; pt stated she smell gas in her apartment yesterday and have it checked but negative; with headache and nauseas;Gen App- Awake A&Ox3;Skin- No pallor/ rashes warm & moist;Neck- NT Full ROM No JVD;Lungs- Lungs CTA No Ret;Chest Wall- Chest Wall NT;ABD- Tenderness-None;ABD- BS-NL/No Bruits;ABD- No Pulsating Masses;Extr- Throughout all;Extr- Extremities;Extr- No Tenderness;Extr- Appearance Normal;Extr- CBR < 2 sec;Extr- Active ROM-Full;Neuro- Gait Normal |
| 10/6/2011 2:54 | CAM | Pt seen and examined by Dr. patel; kept pt comfortable; continue monitor. |
| 10/6/2011 4:07 | CAM | Pt remain awake and alert. pt insisted that she's retaining CO2 and that another test needs to be done; Dr. patel spoke to pt and explained the result; pt medically cleared for discharge home. |
| 10/6/2011 4:20 | CAM | Pt refused to sign D/C insisting that she suffered from Carbon Monoxide Poisoning, demanding another test; Dr. Patel informed; called security for assistance to D/C pt. |

| **Primary Nurse Diagnosis** | | **Primary Nurse Outcome** | **Achieved** |
|---|---|---|---|
| Comfort, Altered | | Demonstrate Decrease S & S | Yes |
| **Primary RN (Print)** | | | |

# Flushing Hospital Medical Center Triage

Category **3 ESI-3 (Urgent)**

SHIN, YOUNG SOON
838282
404578163
01/15/1957
54 Years
Female

Arrival Date/Time 10/6/2011   Arrival Time 1:59 / 2:00   2:03   2:14

Non-Staff    N/A
Self

Transported by
Ambulance Private    Mode
Walked

Police Dept
Custody    Notification    Beat #

**c/o of dizzy nausea/chills**    3   Month(s)

pt states she smells gas in her house  house was checked but has negative readings pt has multiple c/o  at time of triage

*handwritten:* fast Tox
*handwritten:* by Ambulance See
RUN # 11-12-1874

**Past Medical History**    Additional:
☑ No Significant PMHx
☐ Asthma  ☐ COPD  ☐ CAD
☐ DM  ☐ HTN  ☐ Psych
☐ CHF  ☐ Cancer
☐ Seizures  ☐ Renal
☐ CVA
☐ Substance Abuse

**Allergies**
No Known Drug Allergies

**Medications**
☑ No Meds  ☐ Unknown
pain med

TB Hx, PPD Pos or
Infectious Exposures?
*If yes to TB or Infectious question
take precautions*

Unknown    No

LMP    08/01/2011
G    P    Ab    Miscarriages
0    0    0    0

Pulses
ROM

| Tem | | |
|---|---|---|
| Oral | 98.6 | |
| Rectal | | |
| Tympanic | | |

| Pulse | | |
|---|---|---|
| Right | 73 | |
| Left | | |

**Respirations**  18

**Blood Pressure**
Right  124/86
Left

**Pulse Ox**  98%

**Weight (Kg)**  59 Kg

**Head Circumference**

**Pain Scale**  No Pain

Eye
Verbal
Motor
Total    0

Color    Normal
Temp    Normal
Moist    Normal

**Neuro Status**
Alert Oriented

| | R | L |
|---|---|---|
| Clear | ☐ | ☐ |
| Diminished | ☐ | ☐ |
| Wheezes | ☐ | ☐ |
| Rales | ☐ | ☐ |
| Rhonchi | ☐ | ☐ |
| Retractions | ☐ | ☐ |

Pupils
| | R | L |
|---|---|---|
| Equal | ☐ | ☐ |
| Reactive | ☐ | ☐ |
| Fixed | ☐ | ☐ |
| Constricted | ☐ | ☐ |
| Dilated | ☐ | ☐ |
| Cataract | ☐ | ☐ |

Are you being hurt by someone you live
with or who takes care of you?
Yes/No  NA
* Mandatory completion of
Domestic Violence Referral.

Daily Living    Independent
Living Conditions    Alone
Going Home with    Self

Primary Language    English
Assessed Disability    No Disability

Communication Barrier  ☐
Language Translator  ☐

Motivation Level    Med
Knowledge Level    Med
Comprehension Ability    Med

☑ Patient Rights and Responsibilities and Guide to Pain
Management given to Patient, Family, and/or Caretaker

Skin
Normal

No/Fall Risks Identified
No risk identified

AWR
Triage II: LWH
Triage III: LWH

☐ LWBS  ☐ LW Completed Tx/ Eloped  ☐ AMA  ☐ AMA Refused

Triage Nurse: Whitehead, Loraine (RN)

*handwritten:* #24

IN THE MATTER OF THE CLAIM OF

In Summons

NYc Agency (Queens Hospital

-against-

TO :  COMPTROLLER OF THE CITY OF NEW YORK

PLEASE TAKE NOTICE that the claimant hereby makes claim and demand against the City of New York as follows:

1 - The name and post-office address of each claimant and of his attorney is:

Young Shin

149-15 Barclay Ave #6

Flushing NY 1135r

2 - The nature of the claim:

Civil Right Violation

Medical Malpractice

3 - The time when, the place where and the manner in which the claim arose: 12/04/2014  Queens Hospital Centr in Summons

4 - The Items of Damage of Injuries Claimed Are:

The undersigned claimant therefore presents this claim for adjustment and payment. You are hereby notified that unless it is adjusted and paid within the time provided by law from the date of presentation to you, the claimant intends to commence an action on this claim.

Dated: March 2. 2012

Young Shin

#24-A

Sworn to before me on (4.)

2nd March of 2012

YOUNGSOO CHOI
Notary Public, State of New York
No.02CH6114697
Qualified in Queens County

IN THE MATTER OF THE CLAIM OF

NYc Agency (Queens Hospital in Jamaic)

-against-

TO = COMPTROLLER OF THE CITY OF NEW YORK

PLEASE TAKE NOTICE that the claimant hereby makes claim and demand against the City of New York as follows:

1 - The name and post-office address of each claimant and of his attorney is:

Young Shin
149-15 Barclay Ave #6
Flushing NY 11355

2 - The nature of the claim:

Civil Right Violation
Medical Malpractice

3 - The time when, the place where and the manner in which the claim arose: 12/04/2011 Queens Hospital Cents in Jam...

4 - The Items of Damage of Injuries Claimed Are:

The undersigned claimant therefore presents this claim for ad...'ment and payment. You are hereby notified that unless it is adjusted and paid within the time provided by law from the date of presentation to you, the claimant intends to commence an action on this claim.

Dated: March 2, 2012

Young Shin

#24-A

Sworn to before me on th.?
2nd March of 2012

YOUNGSOO CHOI
Notary Public, State of New York
No. 02CH6114697
Qualified in Queens County

OFFICE OF THE COMPTROLLER CITY OF NEW YORK

## NOTICE OF CLAIM

CLAIMANT INFORMATION

CLAIMANT'S NAME: _Young Shin_   TEL. #: _(917) 992-2658_

STREET ADDRESS: _149-15 Barclay Ave #6_

CITY: _Flushing_   STATE: _NY_   ZIP: _11355_

SOC. SEC. # or TAX I.D. #: _____

CLAIM INFORMATION

CITY AGENCY INVOLVED: _Queens Hospital Center in Jamaica_

NATURE OF CLAIM: (ATTACH ADDITIONAL SHEET(S) OF PAPER, IF NECESSARY)

- _Civil Right Violations_
- _Medical Malpractice_

_____

_____

_____

TOTAL AMOUNT CLAIMED: $ _TBD_

IF MORE THAN ONE ITEM IS INCLUDED IN THE TOTAL AMOUNT CLAIMED, SUPPLY BREAKDOWN OF
AMOUNTS AND SPECIFY ITEMS: (ATTACH ADDITIONAL SHEET(S), IF NEEDED)

| ITEM | AMOUNT |
|------|--------|
| 1. _____ | $ _____ |
| 2. _____ | $ _____ |
| 3. _____ | $ _____ |
| 4. _____ | $ _____ |
| 5. _____ | $ _____ |

PLEASE ATTACH COPIES OF SUPPORTING DOCUMENTATION, PREVIOUS CORRESPONDENCE, INVOICES,
ETC.

CLAIMANT'S SIGNATURE: _X_____

SS: STATE OF N.Y.
CITY OF N.Y.   SUBSCRIBED AND SWORN TO BEFORE ME THIS _2th_ DAY OF
_March_, 20 _12_

_____
NOTARY

YOUNGSOO CHOI
Notary Public, State of New York
No. 02CH6114697
Qualified in Queens County
Commission Expires August 23, 20 /2-

TO: OFFICE OF THE COMPTROLLER
DIVISION OF LAW - RM.1225 South
1 CENTRE STREET
NEW YORK, N.Y. 10007
TELEPHONE # (212) 669-4735

# 24-B

4234/2013 SUMMONS WITH NOTICE (Page 1 of 2)

[Print in **black** ink to fill in the spaces next to the instructions. *Both pages* **must** be completed. This summons **cannot** be used for divorce actions.]

~~Poor Person Application~~
~~Pending Determination~~

Ys

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF QUEENS

_____X

YOUNG SHIN

[**Your name(s)**]                    Plaintiff(s)

-against-

① Queens Hospital Center in Jamaica
   CNYC Health & Hospital Corp)
② NYC

[**Name(s) of party being sued**]     Defendant(s)
_____X

To the Person(s) Named as Defendant(s) above:

PLEASE TAKE NOTICE THAT YOU ARE HEREBY SUMMONED to appear in this action

by serving a notice of appearance on the plaintiff(s) at the address set forth below, and to do so

within 20 days after the service of this Summons (not counting the day of service itself), or within

30 days after service is complete if the summons is not delivered personally to you within the

State of New York.

YOU ARE HEREBY NOTIFIED THAT should you fail to answer or appear, a judgment will

be entered against you by default for the relief demanded below.

Dated: 6 [MM/DD]/2013

[**Date of summons**]

F I L E D

MAR 05 2013

COUNTY CLERK
QUEENS COUNTY

SUMMONS WITH NOTICE

Index No. 4234 / 13

3 / 5 , 20 13
Date Index No. purchase

Request for Justice -
Interventron -

YOUNG SHIN

[**Your name(s)**]

148-09 Northern Blvd #3B

Flushing, NY 11354

[**Your address(es)and telephone no.(s)**]

JEAN CLAUD J LAFAITE\
Notary Public, State of New York\
No. 01 LA6034391\
Qualified in Queens County\
Commission Expires 2014

County of Queens\
Subscribed and Sworn\
to (or Affirmed) before\
me this 5 day of March 2013

Notary Public

4234/2013 ORDER SIGNED -DENYING POOR PERSON APPLICATION (Page 1 of 1)

**Poor Person Application**
**Pending Determination**

At IAS Part AO of the
Supreme Court of the Queens County
Courthouse, located at 88-11 Sutphin Blvd.,
Jamaica, NY 11435
This 12 day of March , 2013

**POOR PERSON ORDER PURSUANT TO CPLR § 1101(d)**

Index No. 4734/13

**FILED**

MAR 22 2013

COUNTY CLERK
QUEENS COUNTY

PRESENT: Hon. **HON. JEREMY S. WEINSTEIN**
Acting Justice

Young Shin

Plaintiff/Petitioner,

-against-

① Queens Hospital Center in Jamaica
CNYC Health & Hospital Corp )
② NYC

Defendant/Respondent.

Upon reading and filing the affidavit of the Plaintiff/Petitioner, sworn to on the _____ day of 03/05 , 20 13 , seeking to commence an action/special proceeding for Civil Patient violation & malpractice , and due deliberation having been had thereon, it is:

_____ **ORDERED**, that the application of the Plaintiff/Petitioner for leave to proceed as a poor person is GRANTED, and all fees and costs relating to the filing of the pleadings and the Request for Judicial Intervention (RJI) are waived.

✓ **ORDERED**, that the application of the Plaintiff/Petitioner for leave to proceed as a poor person is DENIED. Plaintiff must pay the statutory Index Number fee and all accompanying fees within 120 days from the date of this order or the action is deemed dismissed without prejudice.

_____ **ORDERED**, that all fees and costs relating to filing an appeal of this Order are waived.

ENTER:



_____ J.S.C.
**HON. JEREMY S. WEINSTEIN**

CV14 - 4133

COPY

RECEIVED

JUL - 3 2014

PRO SE OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------x

[Your Name],  YOUNG  SHIN

Plaintiff,

- against -

[Insert Names],  Oikos Development LLC

Defendants.

BLOOM, M.J.

COMPLAINT

Jury Trial Demanded  In flickering harm on gas leak NY/11/31/17

I.  Parties:

Plaintiff YOUNG SHIN, resides at #1-13 149st #2FL Flushing NY/11/235

Defendant Oikos Development LLC, resides at 135-11 14th Ave, Flushing NY/11235

Defendant _____, resides at _____

II.  The jurisdiction of the Court is invoked pursuant to  negligence and/or intentional
In flickering harm on gas leak
on a off, gas poisoning, cruel, hazard environment for life

III.  Statement of Claim. [give a clear and concise statement of facts: where the claim arose, the
date of each relevant event, a description of what occurred and how each defendant named
was involved in the claim]  Irk Steven _____ discrimination
From 09/01/2011 to 04/17/2012 YOUNG
Shin had exposed + remained poisoning gas, mold,
hazard, dangerous, cruel, unreasonable Jody human misery
length of that time on 149-17 barclay ave#8 basement
Flushing NY/11315-

IV.  Remedy. State what relief, such as money damages, you seek from each defendant.
* In all to plaintiff's damage in sum that exceeds the
Insurance cond amounts of any lower court plus interest from
the date of accident, the cost of this punishment of each accum
a proper punishment

Date  * my landlord must give
because of all defendants illegal
behaviors + crimes  # ① - C

Sign Your Name  _____  SHIN  5/17/1

Your Name  YOUNG

Telephone Number  917-  892-3512+  (Voice)/1
917-  893-  (Text)
@ 07/07/20__

SEUNG KWON LE
Notary Public, State of N.
Qualified in Queens Co
No. 01LE6289526

* Hello my name is Dennis Barandica.
I'm friend of your tenant Shin, and lately she has come to me complaining and worry about her apartment running dental, and she seems to be very worry about her health also to this gas running problem. I decide to take any experiences I might, she was completely right. My stomach and throw started hurting immediately. I decided to bring other people even a # individual who's name is previous ___

If any questions please call me to * (917) 435-7259. charge → 646-448-5869

25-65 parsons Blvd    2 floor    Flushing    NY 11354

#3

and he was aware of
the small incident about
my mom's health. I want
people to try to understand
that she so desperately has
been trying to express but
without fear of leaving she
can't really explain to me the
fact that her husband is selling this
property for his convenience
or telling her out the place
or maybe put her health
the and everyone else who is
part of this community deserves
to be listen. We demand for
everyone to run a investigation
and to analyze and observe with
his dedication on what's going on.
We don't change let's start
someone...

③

NEW YORK CITY DEPARTMENT OF HEALTH AND MENTAL HYGIENE
DIVISION OF ENVIRONMENTAL HEALTH
INSPECTION REPORT — NOTICE OF VIOLATION

PG. 2 OF 2

| OWNER | Young Shin | DIBA | Best Apt 149-15 Barclay Ave | C.C. NO. | 11-0-308 |
| ADDRESS | 149-15 Barclay Avenue | BORO | Queens | PERMIT NO. | |
| BUREAU | B | PROGRAM | TX | DATE | 10/28/11 |

## DESCRIPTION OF VIOLATIONS

**ITEM NUMBER**

not noted B...

Apt carbon monoxide and heating ...
disconnected ...

Your landlord will be notified of
operations observations and appropriate
action taken.

NOTICE: Department of Health and Mental Hygiene employees must show identification on request.

| RECEIVED BY | X Mailed   G Mailed | SIGNATURE & BADGE # #3059   G Brown | SUPERVISOR'S SIGNATURE | DATE |

PENALTY FOR FALSIFICATION: Falsification of any statement made herein is an offense punishable by a FINE of not
more than $500 or not more than 60 days imprisonment or both. — NYC ADMINISTRATIVE CODE, SEC. 1151-9.0.
E (Rev. 1/03)

NEW YORK CITY DEPARTMENT OF HEALTH AND MENTAL HYGIENE
DIVISION OF ENVIRONMENTAL HEALTH
INSPECTION REPORT — NOTICE OF VIOLATION

PG. 1 OF 2

**OWNER:** Young, Shin
**ADDRESS:** 147-15 Barclay Avenue
**BUREAU:** B

**D/B/A:** 3Bsmt Apt 147-15 Barclay Apt
**BORO:** Queens
**PROGRAM:** IX

**C.C. NO.** TII-10-368
**PERMIT NO.**
**DATE:** 10/08/11

## DESCRIPTION OF VIOLATIONS

| ITEM NUMBER | |
|---|---|
| Re: | Initial Carbon Monoxide Investigation |
| 1 | A visit was made by office of Environmental Investigations to investigate a possible Carbon monoxide hazard in basement apt. |
| 1 | Access into apt was gained by tenant |
| 1 | Interview with tenant revealed the following: |
| | - For the past three months she has noted considerable odors within her apt - She suspects odors emanate from laundry/boiler room that shares a common wall with her apt. She is concerned that carbon monoxide is entering her apt |
| 1 | Survey of apt revealed the following: |
| 1 | - Apt is located within basement of a multiple dwelling - Odors/fumes were |

NOTICE: Department of Health and Mental Hygiene employees must show identification on request.

**RECEIVED BY:** X Mailed
**SIGNATURE & BADGE #:** CJ Burak 3059
**SUPERVISOR'S SIGNATURE:** 
**DATE:**

PENALTY FOR FALSIFICATION: Falsification of any statement made herein is an offense punishable by a FINE of not more than $500 or not more than 60 days imprisonment or both. — NYC ADMINISTRATIVE CODE, SEC. 1151-9.0.

148E (Rev. 1/03)

PATIENT HISTORY REPORT

Flushing Hospital Medical Center
Department of Clinical Laboratories
45th Avenue at Parsons Blvd., Flushing, NY 11355
Marta Niederland, M.D., Director

PATIENT: SHIN, YOUNG SOON
MRN#:     F838282
ADMT:     10/06/11
Loc/Rm/Bed:  F081X--
DOB: 01/15/1957  AGE: 56  SEX: F
ADM:
ACCT#: F404578163

# R E S P I R A T O R Y   T H E R A P Y

| | --------F406649-------- | |
|---|---|---|
| | 10/06/11 03:10 | REFERENCE RANGE |
| PRIORITY, PHYSICIAN | STAT STAFF, PHYSICIAN | |

**Arterial Blood Gas**

| | | REFERENCE RANGE |
|---|---|---|
| Collection Site | L. RADIAL | |
| Temperature | 37.0 | 36.5-37.5 deg C |
| $pO_2$ | 21.0 | |
| pH (Arterial) | 7.38 | 7.35-7.45 |
| $pCO_2$ (Arterial) | 44.0 | 32.0-48.0 mmHg |
| $pO_2$ (Arterial) | 90.0 | 80.0-100.0 mmHg |
| $HCO_3$ (Arterial) | 26.0 | 18.0-26.0 mmol/L |
| Base Excess (Arterial) | 0.6 | -4.0-2.0 mmol/L |
| CarboxyHgb (Arterial) | 2.0  H | 0.0-1.5 % |

RESULT REPORTED FIRST TIME   KEY FOR ABNORMAL COLUMN: L-LOW, H-HIGH, AB-ABNORMAL, P-PANIC

Report Phy: PATEL, ANIILKUMA   MRN#: F838282
Loc/Rm/Bed: F081X--            PATIENT: SHIN, YOUNG SOON
PRINTED: 02/22/2013 16:13                           PAGE: 1 of 1

SHIN, YOUNG SOON - 3697781 Opened by KUNCEVITCH Resident MD, CARAMELI

Task  Edit  View  Time Scale  Options  Help

SHIN, YOUNG SOON
Allergies: No Known Allergies

Age: 54 years
DOB: 1/15/1957

Gender: F

Loc: Emergency Dept

EMR: 3697781
FinR: 000409995204

Emergency 000409995204

As Of 11:16 AM

Flowsheet | Orders | Medication Profile | Clinical Notes | PowerNote ED | Patient Information | Form Browser | MAR | Intake and Output | Task List | Rad Results |

Flowsheet | All Results Flowsheet | Level | ALL RESULT SECTIONS

Navigator

| Results | October 01, 2011 11:16 AM - October 03, 2011 11:16 AM (Clinical Range) |
|---|---|

Arterial Blood Gases
- Nurse Labs
- Flowsheet Information
- Medication Hx
- Vital signs and Measurements
- Pain Assessments
- Neuro
- Skin
- Respiratory
- Cardiovascular
- GI
- Genito/Urinary
- OB/GYN
- Musculoskeletal
- OB Psychosocial
- Immunization Hx
- Emergency Vitals
- Adult/Prenatal/Discharge Ph
- Vulvables and Belongings Ph
- Meds Hx
- ED Documents
- Patient Education

Arterial Blood Gases
- Sample Type ........... ARTERIAL
- HCO3 ................. 26.8
- PaCO2 ................ 43.9
- PaO2 ................. L 80.8
- SAO2 ................. 95
- Base Excess .......... 2.3
- Hemoglobin (ABG) ..... 12.0
- Met Hemoglobin ....... 0.9
- PH ................... 7.40

Nurse Labs
- COHb ................. 1.0

Presenting Information
- Triage Comments ...... AS PER PT. B
- Tracking Acuity ...... 3-Acute
- Visit Reason ......... SICK
- Mode of Arrival ...... Self
- ED HIV Test Offered .. No, Patient De
- Medication Hx
- Medication V/N ....... None

Vital signs and Measurements
- Temperature .......... 97.8 ......... H 38.2
- Temperature Method ... Temporal ..... Temporal
- Heart Rate ........... 78 ........... 63
- Respiratory Rate ..... H 18 ......... H 18
- Systolic Blood Pressure . H 160 ..... H 142
- Diastolic Blood Pressure . 125 ...... 99
- Oxygen Saturation .... 95 ........... 95
- Nurse Note .......... Nursing Note .. Nursing Note

Pain Assessments
- Pain Symptoms ........ Yes
- Region ............... HEADACHE
- Pain Vas Scale ....... 5

Neuro
- Adult Verbal ......... Oriented
- Adult Motor ......... Obeys Comma
- Adult Eye Opening .... Eyes open spc
- Neurological Assessment . See GCS Asc
- Adult GCS Calculation . 15
- Neurological Additional Information . AWAKE, ALER
- Adult/Ped Glasgow ... Adult
- Flsm































$(2 \rightarrow 2(2)$

co+sas

12/04/2011 → 0 PPM.

12/04 → both machine reset
0
12/04/2011   0 PPM

12/8/2011 - Tch / 214 PPM
( gas yes

01/26/2012
17.

1.7.

01/26/2012/12/25 Ptele pole
13                 13

12/01/2012   13
Until reset 07/04/2012.

0

Until   0 more

01/17/2012  asked   Smell of Nat (wg d  # A-16
to stop gas & chemicals
but he said he can't stop   plant gas & chemical
is a m not because it did n'f catched fire any

200





#.

Ans & Counter Claim

Ans: Index # 074271/2010 & (non-payment)
Index # 82670/2011 (hold over case)
# 79444/2011 (hold over case)

Counter Claim: Intent and Negligent, Intentional
breach of safety, warranty of habitat,
breach of lease (contract)
Intentional breach of lease (contract)

To: NYC court in Queen & O-lcos Development:

① Currently this premises has the six units
including my Apt #6.

② Certificate of Occupancy (see #B-3)
Apt #6, 143-1 Barclay Ave #6. Flushing
NY 11315 does not an Apartment & permit
"Cellar" => Apt #6 is ineffect cellar,
& Also Apt #6 is Illegal 3rd APT

③ My lease & non-payment Case (# 74271/2010,
Znite as Apt #6 is ground Floor but.
hold over case (# 82678 & 79444) Znite

㉛

#2

As APT #6 is the basement

"On petition paper #4 ( Index # 8278 ~

hold over) expressed All room Bsmt To Basement

As 149-15 Barclay Ave Basement Floor,

Flushing, NY 11355"

When I signed the lease agreement,
my landlord said this APT is the ground Floor.

So ~ The basement APT #6 rented as the
ground Floor APT #6 to me for 1 year.left
by my landlords. as described non-
Payment Case ( #74211/10)
( See # A-1, C-1, 2, B-1,23) & hold over
Case ( # 826nj & 984444 ).

=7 This petitioners ~ Landlord is doing
Iland definitely to me & the court,

(5) This is the multiple dwelling (APT)
According to Certificate of Occupancy.

(37) So → This #6 is "illegal 3rd Apartment "

#3

① Respondent. Young Shin is a tenants in possession of said premises pursuants to written rental agreement made 06/01/2020

for 1 yrs.

so It is not correct on # 82698 (hold over agreement

No H2 : " No written rental agreement made "

⑰ petition #9 in lot # 74271/10 (Non-payment) is true " The premises are not a multiple dwelling " (see # C-2)

Also petition #9 in lot # 82678 & in 4444 hold over is true " The premises are the multiple dwelling "

According to Repare. of Building co (see

This building can use the multiple dwelling conveniently.

⇒ My landlord & their lawyers have been fraud to every body.

(33)

(B) On the petition paper # 82656 & 7P444 A4
(hold over) is that " The APT is not subject
to rent stabilization or rent control because

The APT is exempt or the premises contain

Fewer than six units "

but currently this premises has the

six units including my APT # 6.

Said that this

60. According my landlord
premises could be the rent stabilization or
rent control APT according on the petition.
(Non-payment & hold over) because currently
this premises has the six units including
my APT #6

This is not correct & Any action on
your demand & written on the petition
is a breach of the law. (see # 742211/10.

Non-pay case & A 82658 & 78444 hold
over case.)

(34)

After False Inspection on 07/16/2010 about #5-
Converted illegal APT #6, my landlord put me
non-payment Case August 2010 in Court.
I went to court 3 times. After 2 times court
my landlord come to my APT & told me
" Not go to court for non-payment Case
any more a ~~boucosed~~ [crossed out]
~~with the illegal converted APT #6 false~~ [crossed out]
~~Tuesday here~~ & my landlord offered 1 year
free rent to me with verbal agreement on
~~of~~ around 11/03/2010 although he can not
ask the rent by law.

( False Inspection is ~~vistee~~ No one live in APT #6
on 07/16/2010 I am living in APT #6 from 06/04/...
although I am ~~____~~ move ~~____~~ (06/28/2012)
until ____
After verbal agreement, I got the ~~acquence~~ off
harrasment + provied not safty inhabilitee
~~____~~ the Damagement of my proprietres by
landlord intentionally.

(235)

② After I moved in June 4th 2010 in this #6 premises, I got a notice on window about my APT around June 20, 2010 for " Inspection of Illegal converted APT #6 " but the landlord ordered to me " Do not open the door to the unknow people " Now I think it because of the building Inspection.

Regarding another notice for Inspection on July 16, 2010. landlord tried to make the wall for blocking my bathroom & kitchen with 4 men. my landlord belonging all ordered 4 men to the packing to look like the storage out repair. They came in my APT for repair of my APT at that time. my APT #6 started repair " look like storage & Sign down for because my every business.

(36) A

My landlord (Sacci) put me @ hotel on #/.
July 15, 2010 Night for 1day of Inspection on

July 16, 2010 in my APT.

My landlord (Sacci) promised to make the
original state of my APT before when I
returned in my APT. but he didn't do

after false Inspection as No Illegal

converted APT #6 although I am living

in my APT from 06/04/2010 until June

02/28/2012 with Illegal converted

APT #6

=> This is the definitely Fraud against

City & Inspector.

So with a little argument, the landlord

broke the wall to open the covering fire

door & kitchen..

he asked me move one with $1,000 ~

on the street of the building when I returned

after false Inspection

(302)B

#8

I did not happy what he said t.

He took the advantage of my good heart.

Although this is his fault & his deception to
me & NYC Inspector

( I did not know what's going on at that
time.)

I had spent 4-5 days for clean & Arrange
my Apt after Inspection 07/16/2010.

He had to give the proper compensation.
(about 1550 times e business) but he
did not do it at what time.

As my signs down every day for Inspection
& after Inspection even though on other
owner fence sign by my landlord. I lost
my business completely for paying rent
& living after false Inspection & with

putting gases in my APT. My belongings
when my landlord packed my belongings
for Inspection on July 18 2010 to

Something is not correct.

So I asked it to lawyers by the phone &
personally when the asked me to move out.
after false Inspection day July 16, 2010
on the street of the premises when I returned
from hotel.
Then I knew that it is a illegal APT
& landlord deception & fraud to me & city

(1)..A - The landlord did not provide the
hot water in her building since I move
in since July 22, 2010, plus living with
after safe Inspection for about one & one
half month.

B - The landlord. did not give the heat
this winter 2011. until now.

C - Shut down the electricity on
11/9/2010
& shut down the water and using event roof signs for
electricity and water system from down

(D)

Something is not correct.

So I asked it to lawyers by the phone &
personally when she asked me to move out.
after false Inspection day July 16, 2010
on the street of the premises when I returned
from hotel.
Then I knew that It is a Illegal APT
& landlord deception & fraud to me & city.

(11) A - The landlord did not provide the
hot water in 2010, laun also after I move
after false Inspection roof always are
half year

B - The landlord did not give the heat
This winter until 2011 or later room.

C - Shut down the electricity on
8/16/2010

D - take down for home visiting lights &

On the another owner fence — started around 07/12/10.

E — every morning whenever I opened door in my back yard door, there are bowel movements for 3 months of ants (after April) until summer, since 2011.

I — padded water ceiling buzzing from pipe from the 11ac/11fg from roof 3 months with 10 mins water, previous owner's. When I saw from the landlord & fireman.

G — caulked drain pipe & sealed with cement & plastic bag in drain pipe. to make hole in the sewer drainage) flooding in primary day to fix my flooding that purpose inside 20 inches off 3 inches flooding water loop out the prior purpose 20 inches off hot water #1 flu v in [?] for 3-storage. (see R-1. R-2 C1-2

39

#12

I called my landlord over 10 times for this flooding cases but I did not hear it at all from my landlord.

On purpose the damage of my properties (clothes. books, computer, Notebooks, bed all furnitures etc.)

<u>It is a criminal case for on purpose</u>

<u>Damage of my properties.</u>

(12). yelled with F-words from my landlord families & my landlords many times in my APT, the front of door, street to me whenever they saw me after 11/03/2014

(13). My landlord (woman, & man) walked in my APT (I said !! not get in my APT & my landlord woman throwed on my belongings to me. So when I called

(40) 911 to report to my landlord violence

#12

She groped my telephone & tried 911 & gave her
" here is violence in my apt & gave her
name & threwed out my telephone on the
face although my landlord women did
violence to me ⟶

(13) baseless sues 3 times (1 time - non payment
2 times - hold over case) for 14yrs to m
It is too hardship for me.

( my landlord lawyer told me on 11/30/2011 coth
at court " Don't show up 12/07/2011 coth
olg # 18444 for hold over case " because
of this case was closed already. but they
my landlord lawyer & (landlord) all show
( my landlord lawyer & proceeding this holdover case
up for proceeding this holdover case
without me in court 12/01/2011)

(14) It is a trick & dirty game ( professium ⟶
two case in same time of
ethical problems? ⟶ court ⟹ fraud case
my landlord put gases involving co,
& other chemical substances on & off

#13

In my Apt almost 7 months until now from June 2011.

It have been hard to catch those gases in my Apts & of on & off the door & windows.

When open the door & windows.

Although I have some evidences about gases. with kidde machine measuring gases... ppm ppm ppm etc 15. 11. 10 10 in my Apt. to make me insane.

They have tried to make me insane.

with normal people.

as My landlord cut pipe in boiler room. for draining. smell & gases & made big hole of the wall in the boiler room & air drain pipes made upside down contaminated air could not take out from boiler room So all contaminated air & chemicals i... boiler room have been entering into...

42

the my APT #6 intentionally.

As my landlord put gases & chemical substances
in my APT on & off on purpose (intentionally)

It is harm the people case.

* If gas-pipe leaked, gases, co & chemical
substances is allways there (in my APT #6)

* When I told him a small fire in my APT
to using match for candle, he (Sacic) said
It is not possible to fire. because he put
a very small amount gases in your APT.
after that. my smoke alarm cutted when
I returned home out it from outside.

*. 01/19/2012 I asked Sacic (my landlord)
to stop to put gases & co.+ chemicals
substances at the front of door the
building. on 143-16 Barclay ave., but
he said no & he can not stop to put
gases & chemical substances in my APT

(42)

because of some did not
Catched fire in my APT because I opened
the window & door whenever they come in
APT (Sometime I did not see to turn on
the mechine of Fireman, just see black
not zero sign when they came to check
my APT on 12/04/201 night & upper time)

* According lease agreement #32 (see-A-B

" Landlord states that the APT e-building
are fit for human living & there is no
condition dangerous to health life or
safety."

The my landlord didn't provide Proper

* safe habitabilites Intentionally in my
APT for a long period time,
(see-the R.3)

* mold on the wall in the bathroom,
closet, under all furnitures
kitchen, in the form o living room because of

#14

16) No light outside of walking in the #/6 building almost of 2010 & 2011

17) The summer 2011 my landlord put few a lot of silicon on the roof & chim.



When I asked the professional opinion by the phone with Dennis in statuen PhD for heath, Toxicology, & Environment & about putting Silicon on the roof & chim. He could be blockage sparring faces like we car, contaminated air from inside to outside.

18) I received it by a certified mail after fifth court okay 11/2011 above affidavit of service was not proper served.

=> So. This holdover case is dismissed

(45)

#2

27 my landlord did not also me the renewal lease.

28 my mails 1st & returned to sender. (see post card stub)

* my landlord (Jack) said I did not live during 11 yrs. I was living in a strange & strange action. living in my apt, in total for wild over case # 82810 on 07/18/2010

| my request |

1 I ask the court the whole building inspection including my apt #6. (see R-3 · C-1 · H-1 · F-1 · P-1)

2 Police Inspection (07/16/xxxx) against NYC as illegal converted APT. illegally converted APT between I have lived in APT #6 from 07/04/2010 until 2012 This is **fraud**

46

③ Apt #6 is not an oppressed tenant #18 as permit 11 cellar n but currently

The premises has the six unites as

Illegal converted Apt by my landlord Apt by my landlord & six

Apt # 6 is Illegal 3rd apartment & given Illegal lease & chented the ground

Floor. by landlord to me & Court

( See non-payment court paper & my/lease) must be put.

The petitioner(s) - landlord

The petitioner place because of dangerou

person not to harm. in society & Nation.

from now & in the future with intentionaly

negligent & intentionally breach of safety

Illegal warranty of habitabitees, Intention

breach of contract (lease)

④ Also Please ask to dismiss the comp

the petition # 74291/16 ( non-payment

case & holdover # 8-267.B) based on lacc

of the subject matter Jurisdiction on

(47)

by order of Ejectment Jurisdiction #13

in Supreme Court.

Respondent ask the court those petition must dismiss because Any action or breach of law & fraud.

My landlord demon is a breach of law & fraud.

My landlord should not ask rent or occupancy because of not provided the proper living condition & staying in apt safety and paying. I moved in apt June 4 2010

* please pay the cost & disbursement of this proceeding; compensation (e.g 200,000) about not proper living conditions such as No hot water, flooding in my apt. in bathroom, No heat, putting water, gases, other chemical substances, not proper process, lawsuits, hardship, mentally & physically of careless law sue.

#22

Intentionally negligent & breach of

Safty warranty of habitabilities,

Intentionally breach of contract Clease)

Damaged loss of My properties, Medical

bill etc.

Also ask the court to live safty

warranty habitabilities,

Thank you.

148-15 Barclay Ave #6

Flushing, NY 11355

Lennox Smith

43

#1

# 99 4644/11

O'Kos Development
against

Younies Shin

for this matter is discontinued.

I asked the compensation of baseless court
(2nd Index C7442-01) → fraud
proceedings - dirty
title with same subject.

↳ today (12/01/2011) 2index # 994644/11, in this suit (two
claims on this suit
misrepresentment,

by landlord & people for him such as water & gas
leakage on & off for every amounts tear down rinks

flooding my apt with cutting pipe & Illegal Insur.

with illegal lease & illegal rent etc.

Those harassement interference with my privacy
comfort & quiet enjoyment my apt including

3 times baseless & not proper proceedings $ ... with
in my proper damage as flooding my apt with cutting

cutting drain pipe on purpose $10.000, Hospital Er
fee because of gas (leakage on & off in my Apt #2
around stove.

I asked total $35.000 but this case closed
without those.

I ask to Judge those ($35.000) for this case
closed.

My landlord lawyer told me on 12/24/2011 at court
"I don't show up 12/01/2011 (to day court day 2nd ext
12/24/11) because of this case was closed already.
12/24/11) because of this case without me.

They all showed up for proceeding this case without me
(my landlord & lawyer)
me. It is a trick & dirty game.

They put another same already 11/28/2011 (2nd ext
12/20/11) with same subject, they can not do
action bei with same subject & same time.

They( my landlord lawyer & my landlord) must stop
a proper punished because professional cheating problem &
fraud,

Thank you
Young                   Sirrs

149-15 Barclay Ave #6 - Flushing NY 11315

CIVIL COURT OF THE CITY OF NEW YORK
COUNTY OF QUEENS

------------------------------------------------X

OIKOS DEVELOPMENT LLC,

           Petitioner (Landlord)

   - against -

YOUNG SOON SHIN,

           Respondent (Tenant)

Address: ~~149-15 Barclay Avenue - Apt 6~~
~~Flushing, New York 11355~~

------------------------------------------------X

HOUSING PART

Index No.   07 4 271
L & T         2010

**PETITION**
Non-Payment Dwelling

Petitioner's Business Address:
149-15 Barclay Avenue
Flushing, New York 11355

**THE PETITION OF** OIKOS DEVELOPMENT LLC, the owner and landlord of the Premises, shows that:

1. The Petitioner is the owner and landlord of the Premises.

2. The undersigned is a managing member of the Petitioner, a New York limited liability company.

3. The Respondent, YOUNG SOON SHIN, is the tenant of the Premises described below, who entered into possession under a certain rental agreement made on or about May 27, 2010, between Respondent as tenant and Petitioner as landlord, wherein Respondent promised to pay to landlord as rent $1,000.00 per month, payable on the first day of each month. Respondent is now in possession of said Premises.

                              basement MPT

4. The Premises from which removal is sought were rented for dwelling purposes and are described as follows: ~~all rooms, Apt 6 of County Grounds Hugh 149-15 85th Avenue, Flushing, New York. The Premises are situated within the territorial jurisdiction of the Civil Court of the City of New York, County of Queens.~~   No fraud filing

5. Pursuant to said rental agreement there was due to landlord from Respondent tenant as follows: $1,000.00 for July, 2010; $1,000.00 for August, 2010. Respondent tenant has defaulted in the payment thereof, and the total rent in arrears as of the date hereof is $2,000.00.

C — 2   ($2)A

6. Rent has been demanded personally from Respondent tenant, in writing, since the same became due. Rent has been demanded by service of a "Three Day Notice" upon the Respondent, in accordance with the requirements of the Real Property Actions and Proceedings Law of the State of New York. A copy of said notice, together with proof of service thereof, is attached hereto and made a part hereof.

7. Respondent holds over and continues in possession of the Premises without the permission of landlord after said default.

8. The Premises are not subject to rent control or the Rent Stabilization Law of 1969, as amended by Chapter 576, Laws of 1974, as amended by Chapter 403, Laws of 1983, by reason of the fact that the building in which the Premises are located is not a multiple dwelling.

9. The Premises are not a multiple dwelling. → can use a multiple dwelling (See # B-3.)

10. ~~The property herein sought to be recovered is the residence of the tenant herein.~~

**WHEREFORE**, Petitioner requests final judgment awarding possession of the Premises to the Petitioner landlord; the issuance of a warrant to remove Respondent from possession of the Premises; a judgment for rent in arrears against Respondent tenant for $2,000.00; and the costs and disbursements of this proceeding.

Dated: August 31, 2010

_____
SAFFOS ZACHARIAS
Authorized Member
OIKOS DEVELOPMENT LLC
Petitioner

① 

Joung Yun Seo

149-11 Barclay Ave #3A

Flushing. N.Y. 11355

cp : 646-252-593

---

#... 저는 Seo, Joung Yun 이라고 합니다.

나의 이름이 149-15 Barclay Ave #6 (Basement)

Flushing - N.Y. 11355 에서 신영수 에게 이야기

이하기를 나 AM 6 이런일, 8/13.11 ) 쯤에 내 아기를

은 두 엄마 이야합니다. 건물 2층에 제(조카)

에서 내 아기 엄마한다 ( 아기가 씨. 라서 집안일을

재산권 있는 여자이기 그동 소유한 씨영수이

이어야이 속부하이 절오고, 유이 씨약

A 압부다.

AM이 은이 울어있어서 견물이 2촉으로

지하 부체 소방 씨영에서 이건 가지에 압부 양은?

울려합니다. 이미는 잘못 있어 80 ~ 90cm (약 40)

한 이때 엄청 아기 이이 40 ~ 50cm (약 20 RU) e

것 도하급시, 오아어 가하기, 오늘

집이 커널수 , 감정이 여러가, 오. 등

지반이 이자이것이 것-

R-3

①

K-1

원고 : 11-25-11

피고 : 김영철 (Joseph Kim, Esq)

주소 : J. Bong An, S.O.

전화 : 149-11 Barclay Ave #2A
Flushing, N.Y. 11 3.55

C.P. : 646-xxx-xxxx      (W.P.) = 718-xxx-xxxx

Joung Yun Seo

149-11 Barclay Ave #3A

Flushing NY 11355

C.P.: 646-289-2593

My name is Seo Joung Yun. I am a neighbor of Young Shin (Address: 149-15 Barclay Ave #6 (Basement) Flushing NY.11355). Early on Sunday, August 13, 2011 at 4:30am I woke up to the sound of someone knocking on my door. It had been raining heavily all night and when I opened the door Young Shin was standing in the doorway completely drenched. She said she needed help because there was water in her Apartment. I went to her house and I was surprised. Outside of her back door there was about 40 inches high and about 20 inches inside the apartment. All of her furniture, clothes, computer etc was all submerged in in water. It was continually raining outside and the pipe that drains water seems to have been severed and missing. Rain from the rooftop that should have drained into the sewers had nowhere else to go. I was rendered speechless. Young Shin said that the drainage pipe had been cut by the landlord. She had requested that it be fixed several times but he ever did. When I heard that I couldn't believe it.

According to my neighbor Young Shin, the landlord had cut off the drainage pipe and never fixed it despite Young's requests to fix it. When I heard that, I did not quite understand "I wondered, wouldn't all landlords immediately fix any problems that arise in the apartment or the surrounding area? Young had called the landlord several times and even left voice mail but the landlord did not answer the phone or even return her calls.

It made sense that the first thing we should do was to block the drainage pipe so that the water could be contained and stop flowing towards the apartment door. However, we needed help from others to do this so Young went to ask for help from someone living in 1A of the first floor. Around 5am the man who lived there opened the door and listened to the story. He found some leftover pipe part and connected it to the area which the drainage pipe was cut off, in order to change the direction of the water away from the apartment. Then the man went back home and around 6am Young came to my house to take a shower and eat some breakfast. Then, Young made about ten more phone calls to the landlord but there was still no reply. Between 7am on August 13, 2011 to the afternoon of August 15, 2011, Young was scooping out water from her apartment with her hands. Whenever I went to the parking lot after work, I would see her continuously scooping water out with a bowl

On Sunday, August 13, 2011, when I bought some dinner to go and delivered it to Young myself, I saw her still scooping out water from her apartment. The furniture in her apartment was soaked and damaged. Her room, kitchen, living room and bathroom was filled with water and looked like a swimming pool. On Monday, August 14, 2011, Young showed me where the landlord



Picture

ised the cement wall to blocked up the sewer drainage, and showed me the place where the landlord removed the big plastic bag which blocked the sewage hole. The whole apartment was flooded and all the furniture in the apartment was damaged. Young seemed very frightened. The landlord should have taken a look at the apartment, seen the situation and tried to solve the problem in any way possible. However, the landlord never appeared.

As I witnessed Young using her hands to remove and wipe the water, and organize her apartment for three days, I felt concerned for her. I did not know how to help. From common sense I found the landlord's attitude strange and hard to understand because most landlords come to check up on the problem two or three days after receiving the call. However, from my experience I really cannot comprehend the behavior of Young's landlord.

If you have any questions about this incident, please reach me at the following address or number:

Date: 11-25-11 Friday

Name: Joung Yun Seo

Address: 149-11 Barclay Ave #3A

　　　Flushing NY 11355

CP : 646-289-2593

WP : 718-805-2318



175,000.

THE CITY OF NEW YORK

# DEPARTMENT OF BUILDINGS

## CERTIFICATE OF OCCUPANCY

Form 34 (Rev. 8/81)

BOROUGH    QUEENS    DATE: 11-16-89    NO.    Q- 211239

ZONING DISTRICT R5

This certificate supersedes C.O. No.

THIS CERTIFIES that the new—altered existing—building—premises located at—
149-15 Barclay Ave.    Block  505a    Lot 5

CONFORMS SUBSTANTIALLY TO THE APPROVED PLANS AND SPECIFICATIONS AND TO THE REQUIREMENTS OF ALL APPLICABLE
LAWS, RULES, AND REGULATIONS FOR THE USES AND OCCUPANCIES SPECIFIED HEREIN    NB 647/87

### PERMISSIBLE USE AND OCCUPANCY

| STORY | LIVE LOAD LBS PER SQ FT | MAXIMUM NO. OF PERSONS PERMITTED | ZONING DWELLING UNITS | BUILDING TOTAL HABITABLE ROOMS | ZONING USE GROUP | BUILDING CODE OCCUPANCY GROUP | DESCRIPTION OF USE |
|---|---|---|---|---|---|---|---|
| CELLAR | O.G. | | | | | | ACCESSORY USES |
| 1st | 40 | | 1 | 1 | 2 | J-2 | MULTIPLE DWELLING "A" REQUIRED ONE CAR GARAGE |
| 2nd | 40 | | 2 | 4 | 2 | J-2 | MULTIPLE DWELLING "A" |
| 3rd | 40 | | 2 | 4 | 2 | J-2 | MULTIPLE DWELLING "A" |
| | | | | | | | REQUIRED OPEN PARKING FOR TWO CARS |
| | | | | | | | THIS IS ONE OF (5) FIVE TAX LOTS ON A SINGLE ZONING LOT. SEE N.B. 643-647/87 |
| | | | | | | | RESTRICTIVE DECLARATION FILED UNDER REEL 2612 PAGE 1669 |
| | | | | | | | DRYWELLS IN ACCORDANCE WITH BSA CAL.# 895-87A |

THIS CERTIFICATE SHALL ALSO BE CONSIDERED A CERTIFICATE OF COMPLIANCE OF OCCUPANCY UNDER SECTION 301 OF THE MULTIPLE DWELLING LAW.

OPEN SPACE USES _____    (SPECIFY—PARKING SPACES, LOADING BERTHS, OTHER USES, NONE)

NO CHANGES OF USE OR OCCUPANCY SHALL BE MADE UNLESS
A NEW AMENDED CERTIFICATE OF OCCUPANCY IS OBTAINED.
THIS CERTIFICATE OF OCCUPANCY IS ISSUED SUBJECT TO FURTHER CONDITIONS AND
SPECIFICATIONS NOTED ON THE REVERSE SIDE.

_____    _____
BOROUGH SUPERINTENDENT

_____
COMMISSIONER

☐ ORIGINAL    ☑ OFFICE COPY—DEPARTMENT OF BUILDINGS    ☐ COPY

# B - 10

58

B Form 54 (Back) (Rev. 5-82)

THAT THE ZONING LOT ON WHICH THE PREMISES IS LOCATED IS BOUNDED AS FOLLOWS:

BEGINNING at a point on the __NORTH__ side of __BARCLAY AVE.__

distant __75'__ feet from the corner formed by the intersection of

__WEST  149 Pl.__ and __BARCLAY AVE.__

running thence __W  31.25__ feet; thence _____ feet

thence __E.  6.26__ feet; thence __N. 150__ feet

thence __E.  25__ feet; thence __S.  50__ feet

to the point or place of beginning. feet; thence __S. 100__ feet

N.B. or BLDT. No. 647/87    DATE OF COMPLETION  8-15-89    CONSTRUCTION CLASSIFICATION  ID

BUILDING OCCUPANCY GROUP CLASSIFICATION  J-2    HEIGHT 3    STORIES,    30    FEET

THE FOLLOWING FIRE DETECTION AND EXTINGUISHING SYSTEMS ARE REQUIRED AND WERE INSTALLED IN COMPLIANCE WITH
APPLICABLE LAWS.    NONE

| | YES | NO | | YES | NO |
|---|---|---|---|---|---|
| STANDPIPE SYSTEM | | | AUTOMATIC SPRINKLER SYSTEM | | |
| YARD HYDRANT SYSTEM | | | | | |
| STANDPIPE FIRE TELEPHONE AND SIGNALLING SYSTEM | | | | | |
| SMOKE DETECTOR | X | | | | |
| FIRE ALARM AND SIGNAL SYSTEM | | | | | |

STORM DRAINAGE DISCHARGES INTO:

A)  STORM SEWER ☐    B)  COMBINED SEWER ☐    C)  PRIVATE SEWAGE DISPOSAL SYSTEM ☐

SANITARY DRAINAGE DISCHARGES INTO:

A)  SANITARY SEWER ☒    B)  COMBINED SEWER ☐    C)  PRIVATE SEWAGE DISPOSAL SYSTEM ☒

LIMITATIONS OR RESTRICTIONS:

BOARD OF STANDARDS AND APPEALS CAL. NO. __895-87A__

CITY PLANNING COMMISSION CAL. NO. _____

OTHERS:

⑥⑥    # 12-9

# Civil Court of the City of New York
## Housing Court

Assigned to Part _____

☐ Date Filed _____
☐ Fee Waived - Judge _____
☐ Appeal Filed - _____
☐ Jury Demand Filed _____

Respondent Answers on _____

Answer is _____

Petitioner Notified on _____

Trial Date _____   Part C G^3

| | Date | Part | So Ordered / Judge | Court Action or Comments | Adjournment Request: Petitioner / Respondent | Reason for Adjournment: | Rent Deposit: / Adjournment period to be exc / Adjournment period to be cha / Days charged to be limited to |
|---|---|---|---|---|---|---|---|
| 1 | 4-2-12 | C | DOUGLAS WATHE HOUSING PART | adj to 5/2/12 needs repairs | | | |
| 2 | 5-2-12 | C | CREIGHTON S. WAHLE JUDGE HOUSING PART | | | | |
| 3 | 6-4-12 | C | DOUGLAS WATHE HOUSING PART | proceeding is dismissed w/off so as petition has been lawfully exempt | | | |

(6)

**FELONY WARNING:**
A person who willfully and unlawfully removes, mutilates, destroys,
to punishment by imprisonment for five years. (*Penal Law § 175.25*)

CIV-LT-94 (Revised, Jun. 2007)

00046

000463/2012    HP T   VIOLS
                      03/08/2012

PREMISES:
149-15 BARCLAY AVE 6

PET:SHIN YOUNG
ATY:PRO SE

RSP:OIKOS DEVELOPMENT

☐ Residential  ☐ H.P.  ☐ 7-A  ☐ Commercial

Date Filed _____    Index Number _____

Judge _____

**Notice of Appearance**
☐ Petitioner ☐ Respondent

**Notice of Appearance**
☐ Petitioner ☐ Respondent

**Remarks:**

One of _____

nment Request:
Petitioner   Respondent   Court   Consent

n for Adjournment:

Deposit:
Adjournment period to be excluded under RPAPL §745(2)
Adjournment period to be charged under RPAPL §745(2)
Days charged to be limited to

mment Request:
Petitioner   Respondent   Court   Consent

n for Adjournment:

Deposit:
Adjournment period to be excluded under RPAPL §745(2)
Adjournment period to be charged under RPAPL §745(2)
Days charged to be limited to

mment Request:
Petitioner   Respondent   Court   Consent

n for Adjournment:

Deposit:
Adjournment period to be excluded under RPAPL §745(2)
Adjournment period to be charged under RPAPL §745(2)
Days charged to be limited to

emoves, mutilates, destroys, conceals or obliterates a record of this office is subject
years.(Penal Law § 175.25)

CIVIL COURT OF THE CITY OF [NEW YORK]
COUNTY OF QUEENS: HOUSI[NG]

OIKOS DEVELOPMENT LLC,

             Pet[itioner]

    -against-

YOUNG SOON SHIN

[In]dex No.:8678/11

[D]ECISION/ORDER

---

## HON. ULYSSES B. LEVERETT:

Petitioner Oikos Development commenced this holdover proceeding against respondent Young Soon Shin has continued to be in possession of the subject premises without the permission of the petitioner. Respondent alleges breach of warranty of habitability.

The subject premises at 149-15 Barclay Avenue, Flushing, New York is a multiple dwelling duly registered with the Department of Housing Preservation and Development. Respondent resides in an illegal basement apartment at the subject premises.

After trial the Court makes the following findings of fact and conclusions of law.

Petitioner witness Zachavias testified that respondent moved into the subject premises in 7/10. He stated that the subject premises are an unlawful basement unit and that respondent's lease has expired on 5/31/11.

Respondent Young Soon Shin testified that she moved into the subject premises in 6/10 and that her lease expired in 5/31/11. She stated that she has not paid rents since 7/2010 because she became aware that the basement apartment was illegal. Respondent testified that she had no heat since 11/12, that there is an on going gas leak from 6/10 to present, mold in the apartment and water leak from bathroom ceiling.

---

[Handwritten annotations:]

- I was evicted from this illegal bsmt apt on 5/16 as per Hon. Leverett 3/16 decision after trial.

- She says she plans to appeal but hasn't yet.

Re~ LL actly wants dismissed

- I filed the Notice of appeal on June 21, 2012

(~Before → denial & My document of motion dismissal)

So 2 thru 2013 raised tone

& came Inspectron note in the end of June / 2010

05/2011. 63

Civil Court of the City of New York

County of _____

Part _____

Index Number __ 82678/2011

O I K O S  D e v e l o p m e n t L L C

Claimants/Plaintiffs/Petitioners.

-against-

Y o u g S h i n

Defendant(s)/Respondent(s)

**NOTICE OF APPEAL**

PLEASE TAKE NOTICE that the Appellant, _Young Shin_

hereby appeals to the Appellate Term of the Supreme Court, First/Second Department, from

*(Strike one)*

the Order/Judgment by the Hon. _ULYSSES S. h e v e r e t t_

*(Strike one)*

Judge of the Civil/Housing Court of the City of New York, entered in the office of the Clerk of

said Court on _June 21, 2012_ and from each and every part thereof.

Dated: _June 21, 2012_

Appellant's Signature: X _____

Appellant's Name: _Young Shin_

Address: _149-15 Barclay Ave #8_

_Flushing, NY 11355_

Appellant's Phone: _212-992-2425_

To: _Papas + Papas_
_33120 Broadway_
_Astoria_

Notice Of Appeal
H
Fee: $30.00 Paid
06-25-12 Transaction #:
Index No.: 82678 BLT 2011

(64)

KEEP THIS RECEIPT WITH YOUR COURT PAPERS

PM# 06-25-12 AM 15:28
Notice Of Appeal
Cash
FEE: $30.00 Paid     June 25, 2012

Index Number: 82678 BLT 2011

Register #: 02 Transaction No.:     590351

=====================================
Civil Court of the City of New York
89-17 Sutphin Boulevard
Jamaica, NY 11435

APPELLATE TERM OF THE SUPREME COURT
OF THE STATE OF NEW YORK FOR THE 2ND, 11TH & 13TH JUDICIAL DISTRICTS

MICHAEL L. PESCE, P.J.
JAIME A. RIOS
THOMAS P. ALIOTTA, JJ.

---------------------------------------------------------------x

Oikos Development, Respondent, v Young Soon Shin,
Appellant.

---------------------------------------------------------------x

DECISION & ORDER ON MOTION

Appellate Term Docket No.
2012-1687 Q C

Lower Court # 082678/11

Motion by appellant to be restored to possession of the subject apartment pending the
determination of an appeal from an order of the Civil Court of the City of New York, Kings
County, dated June 21, 2012, and for other relief.

Upon the papers filed in support of the motion and no papers having been filed in
opposition thereto, it is

ORDERED that the motion is denied.

ENTER:

Paul Kenny
Chief Clerk

RECEIVED
APPELLATE TERM
CLERK'S OFFICE

12 NOV 14  PM 4: 38

SEP 21 2012

OIKOS DEV. v YOUNG SOON SHIN

I filed my times
for show order cause
but I denied & also
I filed my papers for show order cause
& court missed all papers (my papers)
so I give up it because it is
waist time &
system I is not
wanted for Justice

# CIVIL COURT OF THE CITY OF NEW YORK

County of Queen
Part D

Date ___

Index No. L&T ___
Page ___ of ___
Hon. ___

## STIPULATION OF SETTLEMENT

The parties understand that each party has the right to a trial; the right to see a judge at any time and the right not to enter into a stipulation of settlement. However, after review of all the issues, the parties agree that they do not want to go to trial and instead agree to the following stipulation in settlement of the issues in this matter.

| Party (please print) | Added/Amended or Deleted | Appearance | No Appearance | No Answer |
| --- | --- | --- | --- | --- |
| Petitioner | | | | |
| Respondent 1 | | | | |
| Respondent 2 | | | | |
| Respondent 3 | | | | |

CIV-LT-30 page 1(Revised 4/07)

CIVIL COURT OF THE CITY OF NEW YORK

Part D

Petitioner(s)

against

Respondent(s)

Index No. L&T:

Page ___ of ___

Hon. ___

## STIPULATION OF SETTLEMENT

The parties understand that each party has the right to a trial, the right to see a Judge at any time and the right not to enter into a stipulation of settlement. However, after review of all the issues, the parties agree that they do not want to go to trial and instead agree to the following stipulation in settlement of the issues in this matter.

Added/Amended or Deleted | Appearance | No Appearance | No Answer

(please print)

Case 1:14-cv-07737-SLT-LB   Document 12   Filed 12/11/14   Page 96 of 98 PageID #: 107



**NYC Buildings**
.gov
NYC.gov | always open

**NYC Department of Buildings**

**Overview for Complaint #:4498173 = RESOLVED**

Complaint at: 149-16 BARCLAY AVENUE
Re: APT 6/ BSMT ILLEGALLY CONVERTED INTO AN APT
BIN#: 4316217

Category Code: 45   ILLEGAL CONVERSION

DOB District: N/A
Special District:

Assigned To: QUEENS BOROUGH OFFICE

Received: 10/28/2011  15:20
Owner: OIKOS DEVELOPMENT LLC

Block: 5054
Borough: QUEENS   ZIP: 11355
Community Board: 407
Priority: B
Lot: 5

Last Inspection: 03/12/2012 -- BY BADGE # 2269
Disposition: 03/12/2012 - Y3 - PARTIAL VACATE ORDER SERVED
Comments: 3 FAM CONVERTED TO 4 FAMILY BY THE ADDITION OF CLASS'A'APT AT CELLAR: WITH INACQUATE 2ND MEANS OF EGRESS.VACATE IN PROGR

DOB Violation #: 03121207RM01102
ECB Violation #s: 34950607R  34950606P  34950607R

**Complaint Disposition History**

| Disposition Date | Code | Disposition | Inspection By | Date |
|---|---|---|---|---|
| 03/07/2012 | C1 | INSPECTOR UNABLE TO GAIN ACCESS - 1ST ATTEMPT NO ACCESS L54 POSTED | 2269 | 03/03/2012 |
| 03/12/2012 | Y3 | PARTIAL VACATE ORDER SERVED 3 FAM CONVERTED TO 4 FAMILY BY THE ADDITION OF CLASS'A'APT AT CELLAR: WITH INAQUATE 2ND MEANS OF EGRESS.VACATE IN PROGR | 2269 | 03/12/2012 |

If you have any questions please review these Frequently Asked Questions, the Glossary, or call the 311 Citizen Service Center by dialing 311 or (212) NEW YORK outside of New York City.

http://a810-bisweb.nyc.gov/bisweb/OverviewForComplaintServlet?requestid=2&0allinno...   6/14/2012

*(Handwritten annotations)*

on 03/12 2012

1) Resolved with a wrong inspection report (ex = really register APT # of the building is 3 family converted 6 families but

Inspector # 2269 had the wrong inspector & the wrong report as 3 family converted to 4 family. I was vacated from my APT immediately & effected the judgement for eviction after my 03/12 inspector changed families as not rent-stabilized APT, converted family, use the future) (see the future)

22) really my APT #6 have 2 doors
but inspector reported at cellar with inadequate 2nd means of egress = fire cord violation must be vacated from my APT
fire cord violation must be vacated all building not partial vacate. #6f c

*(Top handwritten)*
3) 04/23/12 = No vacate need for with my land
Inspector by court) avoid fine/punishment from after I already vacated.
3) 03/24/12 inspector # 2465
3) 04/25/12 inspector # 2465
No egress & no vacate need with my land lot
(favor 2) & for my land lot avoid fine & punishment

Su I slept in place Yard
2 months because I vacated
After I already vacated from my appt 03/12
Something going on in the place

Rent stabilization APT



**NYC BUILDINGS**

*Do not Remove*

# VACATE
## DO NOT ENTER

THE DEPARTMENT OF BUILDINGS HAS DE-TERMINED THAT CONDITIONS IN THIS PREM-ISES ARE IMMINENTLY PERILOUS TO LIFE.

THIS PREMISES HAS BEEN VACATED AND REENTRY IS PROHIBITED UNTIL SUCH CONDI-TIONS HAVE BEEN ELIMINATED TO THE SATIS-FACTION OF THE DEPARTMENT.

VIOLATORS OF THIS COMMISSIONER'S VACATE ORDER ARE SUBJECT TO ARREST.

DATE _03.12.12_

ADDRESS _149-15 BARCLAY AVE_ By Order of the

FLOOR _CELLAR_ **BUILDING**

CIVIL COURT OF THE CITY OF NEW YORK
COUNTY OF QUEENS: HOUSING PART P

-------------------------------------------------x

OIKOS DEVELOPMENT LLC.,

        Petitioner-Landlord

-against-

YOUNG SOON SHIN

        Respondent-Tenant

-------------------------------------------------x

Index No.:82678/11

**DECISION/ORDER**

**HON. ULYSSES B. LEVERETT:**

Petitioner Oikos Development commenced this holdover proceeding alleging that respondent Young Soon Shin has been continued to be in possession of the subject premises without the permission of the petitioner. Respondent alleges breach of warranty of habitability.

The subject premises at 149-15 Barclay Avenue, Flushing, New York is a multiple dwelling duly registered with the Department of Housing Preservation and Development. Respondent resides in an illegal basement apartment at the subject premises.

After trial the Court makes the following findings of fact and conclusions of law.

Petitioner witness Zachavias testified that respondent moved into the subject premises in 7/10. He stated that the subject premises are an unlawful basement unit and that respondent's lease has expired on 5/31/11.

Respondent Young Soon Shin testified that she moved into the subject premises 6/10 and that her lease expired in 5/31/11. She stated that she has not paid rents since 7/2010 because she became aware that the basement apartment was illegal. Respondent testified that she had no heat since 11/12, that there is an on going gas leak from 6/10 to present, mold in the apartment, and water leak from bathroom ceiling.