Respondent's claim of breach of warranty of habitability is not a defense to a holdover

proceeding since there is no claim of entitlement for use and occupancy. See *Coral Management*

*Corp. v Ketcham, Macleod & Crane Inc.* NYLJ 6/3/81 6:1 (App Term 1st Dept).

Accordingly, petitioner is granted a final judgment of possession. The warrant to issue in

10 days. Execution of the warrant is stayed to May 15, 2012 for respondent to vacate the subject

premises. No use and occupancy is granted to petitioner because the subject premises are

illegal. Petitioner is to maintain essential services and inspect/repair alleged gas leak. Respondent

to provide access on 3/27/12 from 9AM to 1PM.

This is the decision and order of this Court.

Dated: March ___, 2012

_____
ULB, JHC



0742

**lew York**

| Assigned to Part |
| --- |

074271/2010    RESDL NONPY
                        09/02/2010
PREMISES:
149-15 BARCLAY AVE 6

PET:OIKOS DEVELOPMENT LLC.
ATY:MITCHELL, INCANTALUPO

RSP:SHIN YOUNG S
ATY:

☐ Date Filed

☐ Fee Waived - Judge

☐ Appeal Filed

☐ Jury Demand Filed

Residential

Date Filed_____ Index Number_____

Part **A**

| | 1 | Adjournment Request: | Notice of Appearance |
| --- | --- | --- | --- |

nts
10/6/10
an Intrp

**1**

Adjournment Request:
Petitioner  Respondent  Court  Consent

Reason for Adjournment:

Rent Deposit:
____ Adjournment period to be **excluded** under RPAPL §745(2)
____ Adjournment period to be **charged** under RPAPL §745(2)
____ Days charged to be limited to

Notice of Appearance
☐ Petitioner ☐ Respondent

nts
11/3/10  at 9:30 Am
T Motion to
Coraon Intrp

**2**

Adjournment Request:
Petitioner  Respondent  Court  Consent

Reason for Adjournment:

Rent Deposit:
____ Adjournment period to be **excluded** under RPAPL §745(2)
____ Adjournment period to be **charged** under RPAPL §745(2)
____ Days charged to be limited to

Notice of Appearance
☐ Petitioner ☐ Respondent

nts
as per Mr. Mitchell

**3**

Adjournment Request:
Petitioner  Respondent  Court  Consent

Reason for Adjournment:

Rent Deposit:
____ Adjournment period to be **excluded** under RPAPL §745(2)
____ Adjournment period to be **charged** under RPAPL §745(2)
____ Days charged to be limited to

Remarks:

# C-4



































Overview for Complaint #:4498173 = RESOLVED

# Buildings

NYC™  .gov

☑ CLICK HERE TO SIGN UP FOR BUILDINGS NEWS | always open

### NYC Department of Buildings

## Overview for Complaint #:4498173 = RESOLVED

**Complaint at:** 149-16 BARCLAY AVENUE
**Re:** APT 6 / BSMT ILLEGALLY CONVERTED INTO AN APT

**BIN #:** 4316217   **Borough:** QUEENS   **ZIP:** 11355   **Community Board:** 407

**Category Code:** 45   ILLEGAL CONVERSION

**DOB District:**
**Special District:** N/A

**Assigned To:** QUEENS BOROUGH OFFICE

**Received:** 10/28/2011 15:20   **Block:** 5054   **Lot:** 5   **Priority:** B
**Owner:** OIKOS DEVELOPMENT LLC

**Last Inspection:** 03/12/2012 - - BY BADGE # 2269
**Disposition:** 03/12/2012 - Y3 - PARTIAL VACATE ORDER SERVED
**Comments:** 3 FAM. CONVERTED TO 4 FAMILY BY THE ADDITION OF CLASS'A'APT AT CELLAR, WITH INAQUATE 2ND MEANS OF EGRESS. VACATE IN PROGR

**DOB Violation #:** 031212C07RM01/02
**ECB Violation #s:** 34950606P   34950607R

### Complaint Disposition History

| Disposition Date | Disposition Code | Disposition | Inspection By | Date |
| --- | --- | --- | --- | --- |
| 03/07/2012 | C1 | INSPECTOR UNABLE TO GAIN ACCESS - 1ST ATTEMPT - NO ACCESS LS4 POSTED | 2269 | 03/03/2012 |
| 03/12/2012 | Y3 | PARTIAL VACATE ORDER SERVED 3 FAM. CONVERTED TO 4 FAMILY BY THE ADDITION OF CLASS'A'APT AT CELLAR. WITH INAQUATE 2ND MEANS OF EGRESS. VACATE IN PROGR | 2269 | 03/12/2012 |

If you have any questions please review these Frequently Asked Questions, the Glossary, or call the 311 Citizen Service Center by dialing 311 or (212) NEW YORK outside of New York City.

http://a810-bisweb.nyc.gov/bisweb/OverviewForComplaintServlet?requestid=2&vlcompd... 6/14/2012

---

*Handwritten annotations:*

⊗ 3) 04/23/12 = RESOLVED - Inspector # ... 17 =

3) 04/23/12 = No VACATE need for with my landlord (court) Inspector avoid fine/punishment from after I already vacated from my APT 03/23/201

something going on in here

2) 03/24/12 inspector #2269 340 =
3) 04/14/12 inspector #2269
NO egress & No vacate need with my landlord avoid (fine 2) & for my landlord avoid fine & punishment

So I slept in back yard

After I already vacated from my APT 03/23/12

2 months because I vacated by #2269

Rent stabilization APT

in 03/24/2012

1) Resolved with a wrong inspection report (EX : really report for APT # 4 of the building is 3 family converted 6 families but Inspector # 2269 had the wrong inspector & the wrong report as 3 family converted to 4 family. I was vacated from my APT immediately & effected the judgement for eviction after that on 04/24/12 inspector changed families, was promises, converted APT as not rent stabilized APT. (see the future) #B-S

2) really my APT #6 have 2 doors but inspector reported at cellar with inadequate 2nd means of egress must be vacated from my APT - fire cord violation => fire cord violation must be vacated all building not partial vacate. only me. 6/14/2012

**NYC Buildings**

☒ CLICK HERE TO SIGN UP FOR BUILDINGS NEWS

nyc.gov
always open

**NYC Department of Buildings**

## Overview for Complaint #:4423174 = RESOLVED

| | | | |
|---|---|---|---|
| Complaint at: | 149-16 BARCLAY AVENUE | BIN #: 4315217 | Borough: QUEENS | ZIP: 11355 |
| Re: | ILLEGAL CONVERSION | | | |

Category Code: 45 ILLEGAL CONVERSION

DOB District: N/A
Special District:

Assigned To: QUEENS BOROUGH OFFICE

Received: 11/01/2009 15:40    Block: 5054    Lot: 5    Community Board: 407    Priority: B

Owner: OIKOS DEVELOPMENT LLC

Last Inspection: 07/16/2010 - - BY BADGE # 2350
Disposition: 07/21/2010 - - I2 - NO VIOLATION WARRANTED FOR COMPLAINT AT TIME OF INSPECTION.
Job Number:
Comments: NO ILLEGAL CONVERSION @CELLAR OCCUPIED AS PER Q211239

### Complaint Disposition History

| Disposition Date | Code | Disposition | Inspection By | Date |
|---|---|---|---|---|
| 06/29/2010 | C1 | INSPECTOR UNABLE TO GAIN ACCESS - 1ST ATTEMPT - NO RESPONSE TO BELLS, KNOCKS LS4 POSTED | 2399 | 06/29/2010 |
| 07/21/2010 | I2 | NO VIOLATION WARRANTED FOR COMPLAINT AT TIME OF INSPECTION. NO ILLEGAL CONVERSION @CELLAR OCCUPIED AS PER Q211239 | 2350 | 07/16/2010 |

If you have any questions please review these Frequently Asked Questions, the Glossary, or call the 311 Citizen Service Center by
dialing 311 or (212) NEW YORK outside of New York City.



*[handwritten notes]* Fake 2n Spection → because is my landlord pne me hotel & make wells for closing kitchen & bathroom & make storage my apt.

B-2

9/14/2010 11:15

1 of 1

**NYC**
**Buildings**

nyc.gov
always open

☒ CLICK HERE TO SIGN UP FOR BUILDINGS NEWS

## NYC Department of Buildings

### Overview for Complaint #4498173 = RESOLVED

**Complaint at:** 149-15 BARCLAY AVENUE    **BIN #:** 4315217    **Borough:** QUEENS    **ZIP:** 11355

Re: APT 6/ BSMT ILLEGALLY CONVERTED INTO AN APT

**Category Code:** 45    ILLEGAL CONVERSION

**DOB District:** N/A
**Special District:**

**Assigned To:** QUEENS BOROUGH OFFICE

**Received:** 10/28/2011 15:20    **Block:** 5054    **Lot:** 5    **Community Board:** 407    **Priority:** B

**Owner:** OIKOS DEVELOPMENT LLC

**Last Inspection:** 03/12/2012 -- BY BADGE # 2269
**Disposition:** 03/12/2012 - Y3 - PARTIAL VACATE ORDER SERVED
**Comments:** 3 FAM CONVERTED TO 4 FAMILY BY THE ADDITION OF CLASS'A'APT AT CELLAR, WITH INAQUATE 2ND MEANS OF EGRESS.VACATE IN PROGR

DOB Violation #: 03122O07RM01/02
ECB Violation #s: 34950606P  34950607R

### Complaint Disposition History

| Disposition Date | Code | Disposition | Inspection By | Date |
|---|---|---|---|---|
| 03/07/2012 | C1 | INSPECTOR UNABLE TO GAIN ACCESS - 1ST ATTEMPT - NO ACCESS LS4 POSTED | 2269 | 03/03/2012 |
| 03/12/2012 | Y3 | PARTIAL VACATE ORDER SERVED 3 FAM.CONVERTED TO 4 FAMILY BY THE ADDITION OF CLASS'A'APT AT CELLAR. WITH INAQUATE 2ND MEANS OF EGRESS.VACATE IN PROGR | 2269 | 03/12/2012 |

If you have any questions please review these Frequently Asked Questions, the Glossary, or call the 311 Citizen Service Center by dialing 311 or (212) NEW YORK outside of New York City.



*(handwritten annotations):*

$\frac{R}{R}$ DOB $\frac{AM7}{P}$ (1-family) converted to 6family

No $\frac{2}{2}$ Whole building vacate

only me vacate

after vacated me!

03/20/12 Inspector # 3448 @ 04/12/12
# 4268 No need vacated to No egress
# for one landlord favor + my fine + punishment

SV

# Buildings

NYC.gov
always open

☑ CLICK HERE TO SIGN UP FOR BUILDINGS NEWS

## NYC Department of Buildings

### Overview for Complaint #:4501156 = RESOLVED

**Complaint at:** 149-15 BARCLAY AVENUE   **BIN #:** 4316217   **Borough:** QUEENS   **ZIP:** 11355

**Re:** ILLEGAL DWELLING UNIT & OCCUPANCY IN THE BASEMENT IN UNIT #6AS PER CALLER THE LANDLORD TEMPORARILY MOVED THE TENANT OUT THE APARTMENT AND REARRANFED THE APT WHEN DOB INSPECTED THE APARTMENT

**Category Code:** 45   ILLEGAL CONVERSION

**DOB District:**
**Special District:** N/A

**Assigned To:** QUEENS BOROUGH OFFICE

**Received:** 12/02/2011  15:32   **Block:** 5054   **Lot:** 5   **Community Board:** 407   **Priority:** B
**Owner:** OIKOS DEVELOPMENT LLC

**Last Inspection:** 03/12/2012 -- BY BADGE # 2269
**Disposition:** 03/19/2012 - Y3 - PARTIAL VACATE ORDER SERVED
**Comments:** 3 FAMILY CONVERTED TO 4 FAMILY BY THE ADDITION OF CLASS "A" APT AT CELLAR WITH INADEQUATE 2ND MEANS OF EGRESS
**DOB Violation #:** 031212C07RM01/02
**ECB Violation #s:** 3495060GP  3495060?R

### Complaint Disposition History

| Disposition Date | Code | Disposition | Inspection By | Date |
|---|---|---|---|---|
| 12/06/2011 | XX | ADMINISTRATIVE CLOSURE PREVIOUSLY REPORTED, SEE COMPLAINT #4498173 | 0855 | 12/06/2011 |
| 03/19/2012 | Y3 | PARTIAL VACATE ORDER SERVED 3 FAMILY CONVERTED TO 4 FAMILY BY THE ADDITION OF CLASS "A" APT AT CELLAR WITH INADEQUATE 2ND MEANS OF EGRESS | 2269 | 03/12/2012 |

If you have any questions please review these Frequently Asked Questions, the Glossary, or call the 311 Citizen Service Center by dialing 311 or (212) NEW YORK outside of New York City.



Resolved

1) when a wrong ratter Inspection report (Ex ratter register # Penalty penalty of building is 5 family converted 6 family but Inspector #2269 reports 3 family converted to 4 family before my apt #6 have 2 doors (see the pic)

2) heahany really my apt #6 was reported at cellar with inadequate 2nd means f egress → the code violation must be vacated all building 2nd part vacate

http://a810-bisweb.nyc.gov/bisweb/OverviewForComplaintServlet?requestid=2&vlcompl...   5/14/2012

4-13 10am-2pm

APR 3 - 2012

**CIVIL COURT OF THE CITY OF NEW YORK**
County of ___Queens___

Housing Part __C 405__

Index No.: LT/HP _463/12_

YOUNG SHIN
Petitioner(s),

*against*

OIKOS DEVELOPMENT
Respondent(s).

**JUDICIAL REQUEST / ORDER**
for
**HOUSING INSPECTION**

PREVIOUS OUT FROM

**THE PEOPLE OF THE STATE OF NEW YORK**
**TO THE DEPARTMENT OF HOUSING PRESERVATION AND DEVELOPMENT OF THE CITY OF NEW YORK.**
In connection with the existing case in the Civil Court of the City of New York referred to above, the tenant of the apartment referred to below alleges violation(s) exist and has requested that an inspection of the property be made.

Tenant's Name: __Young Shin__

Tenant's Address: __144-15 Barclay Ave #6__
__Flushing NY 11355__

Apt. No. __6__     Floor: _____

Tenant's Phone #'s: Home: (917) 932-2625     Work: ( )

You may gain access by contacting: _____

Is there a child under the age of 7 residing in this apartment?
Yes ☐ No ☒  If yes, please provide the name and age/date of birth for each child.

Name _____     Age/Date of Birth _____

| Inspection Date: 4-13-12 | Time: ☒ 10 AM – 2 PM ☐ 2 PM – 6 PM ☐ 5 PM – 9 PM ☐ Weekend 10 AM – 3 PM ☐ Staten Island 10 AM – 2 PM | Case Adjourned to: 5/2/12 |

| Apt. No. (OR PUBLIC AREA) | Which room? | Condition(s) – Be Specific 506004S |
|---|---|---|
| #6 Apt | 1 bathroom 2 units | Mold & Gas / Chemical in hr — VR |
|  | 2 | house Inspection – chest Inspection + illegal conversion |
|  | whole building | including Garage root basement & boiler room |
|  | 4 all room | ceiling hole & plaster peeling — NVR |
|  | 5 all room | ceiling holes & leak of wall — NVR |
|  | 6 boiler room | basement boiler room – big hole both wall — NVR |
|  | 7 boiler room | basement boiler room – air drain + gas broken NVR |
|  | 8 window | plaster & paint peeling window / – Parts & room — NVR roots in #6 |
|  | #6 all room | 9 order radiator – hole & EMF — NVR |
|  | #6 whole | 10 you many unit (apt) in building including my apt |

**DIVISION OF CODE ENFORCEMENT**
Inspector's No.: __369__

Date: __4/13/12__
Signature __D. Kahan__
**REPORT**

(34)

YOU ARE HEREBY REQUESTED / DIRECTED to inspect said premises and to report the findings of this inspection to this Court.

_____     Housing Judge/Judge of the Civil Court
Date

CIV-LT-50 (8/04) (Replaces form 12)

Department of **MAR 9 – 2012**
Housing Preservation and Development
Division of Code Enforcement
(Form A-B)

# TENANT'S REQUEST FOR INSPECTION

Tenant's Name: Young Shin

Tenant's Address: 143-15 Barclay Ave #6

Flushing, NY 11355

Apt. No.: 6

Floor: _____

Tenant's Phone #'s: Home: ( )

Work: ( )

0000

Civil Court Index No: L/T/HP

County of: Queens

Housing Part: C    Room: 45

The case of: Young Shin

vs. 143-15 Barclay Ave #6 Flushing, NY

will appear on the Court Calendar on:

4-2-12    at    9:30    AM/PM

Is there a child under the age of 6 residing in this apartment? Yes ☐ No ☐

If yes, please provide name and age or date of birth for each child.

Name _____    Age/Date of Birth _____

## DIVISION OF CODE ENFORCEMENT
CODE ENFORCEMENT
Inspector's No. 510
Date: 3-27-12
M. _____    Signature
REPORT

You may gain access by contacting: _____

## TENANT'S ALLEGATION OF VIOLATIONS

59176

| Apt. No. (Or Public Area) | Which Room? | Conditions(s) - Be Specific | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 6 | bedroom kitchen | 1. Mold & Gas /chemical in Air. | | | | | | N/A |
| 6 | # | 2. False inspection-chart inspector & illegal conversion APT | | | | | | N/A |
| | bedroom | 3. Water leaks & Roof leaks | | | | | | N/A |
| | all over | 4. ceiling hole & plaster peeling | | | | | | N/A |
| | residence | 5. clutter drain water pipe from roof at rear door | | | | | | N/A |
| | all over | 6. ceiling holes | | | | | | N/A |
| | boiler rm | 7. basement boiler room → big holes on the wall | | | | | | N/A |
| | boiler rm | 8. basement boiler room → air drain pipe broke | | | | | | N/A |
| | kitchen/bathroom | 9. plastic & paint peeling ceiling & window/stair | | | | | | N/A |
| | whole bldg | 10. whole building including garage roof, basement/bathroom | | | | | | |

Date of Request: 03/28/2012 GP    3-28-12    gf

In connection with the above mentioned case in the Civil Court of the City of New York, I, the tenant of the apartment referred to, wish to call the Court's attention to the conditions listed above which I allege are violations, and request that an inspection of the property be made to verify my allegations.

Tenant's Signature: _____

## INSPECTION DATE

An inspector will come to inspect these conditions on:

## INSPECTION TIME

☐ 10 AM - 2 PM
☐ 2 PM - 6 PM
☐ 5 PM - 9 PM
☐ Staten Island
Weekend 10 AM - 3 PM
10 AM - 2 PM

HPD Building Info

http://167.153.4.70/Hpdonline/select_application.aspx

1/11/2012
122911

HPD Building, Registration & Violation                Services | --- Select --- |        Home

The selected address: 149-15 BARCLAY AVENUE, Queens 11355

| HPD# | Range | Block | Lot | CD | Census Tract | Stories | A Units | B Units | Ownership | MDR# | Class |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 630449 Active | 149-15-149-15 | 05054 | 0005 | 7 | 116700 | 3 | 5 | 0 | PVT | 424203 | E |

**Other Units**

Property
Owner
Registration
Information

## Building Registration Summary Report

Find Apartment#              [Clear] [Search]

Charges

| Owner | Last Reg Dt | Organization | Last Nm | First Nm | House No | Street Nm | Apt City | State | Zip |
|---|---|---|---|---|---|---|---|---|---|
| Head Officer | 2011/10/17 | | CHAREMI | PANAGIOTA | 24-02 | 82ND ST | JACKSON HGTS | NY | 11372 |
| Officer | 2011/10/17 | | SAFOS | ZACHARIAS | 24-02 | 82ND ST | JACKSON HGTS | NY | 11372 |
| Corporation | 2011/10/17 | OLKOS DEVELOPMENT LLC | | | 24-02 | 82ND ST | JACKSON HGTS | NY | 11372 |
| Managing Agent | 2011/10/17 | | SAFOS | ZACHARIAS | 149-15 | BARCLAY AVE | FLUSHING | NY | |
| Emerg. Contact | 2011/10/17 | | CHAREMI | PANAGIOTA | | | | | |
| Emerg. Contact | 2011/10/17 | | SAFOS | ZACHARIAS | | | | | |

Map

Complaint Status

Complaint History

Carbon Monoxide Certificate

Litigation/Case Status

**Open Violations - ALL DATES**
There are 5 Violations. Arranged by category: A class: 1   B class: 4   C class: 0
class: 0

All Open Violations

prior year Open Viol.'s

**For Definitions of the columns indicated below, select glossary under the Services option (located at the upper right).**
**To sort the columns, click on their underlined headers below in the blue area.**

Ecertification

| Apt Story No | Reported Date, nov ISSUED Date | Hzrd Class | Order no Item no | Violation ID NOV ID | Violation Description | Status Status Date | Owner Certification Date, 1st Lead, 2nd Lead |
|---|---|---|---|---|---|---|---|
| 6 -1 | 2011/12/02 2011/12/05 | B | 508 | 9231210 4310444 | § 27-2005 adm code repair the broken or defective plastered surfaces and paint in a uniform color ceiling basement apt. in the bathroom located at apt 6, 1st apartment from east at south | NOV SENT 2011/12/05 | 2012/01/23 |
| 6 -1 | 2011/12/02 2011/12/05 | B | 508 | 9231211 4310444 | § 27-2005 adm code repair the broken or defective plastered surfaces and paint in a uniform color south wall basement apt. in the kitchen located at apt 6, 1st apartment from east at south | NOV SENT 2011/12/05 | 2012/01/23 |
| 6 -1 | 2011/12/02 2011/12/05 | B | 550 | 9231212 4310446 | § 27-2005 hmc trace and repair the source and abate the nuisance consisting of mold ... mildew at south wall appox. 4 sq.ft. basement apt. in the bathroom located at apt 6, 1st apartment from east at south | NOV SENT 2011/12/05 | 2012/01/23 |
| 6 -1 | 2011/12/02 2011/12/05 | B | 550 | 9231213 4310446 | § 27-2005 hmc trace and repair the source and abate the nuisance consisting of mold ... mildew at wall in the closet. appox.10 sq.ft. basement apt. in the 2nd room from north located at apt 6, 1st apartment from east at south | NOV SENT 2011/12/05 | 2012/01/23 |

I-Card Images

Property Registration Assistance

# B-15

96

1/11/2012 7:07 PM

| 6-1 | 12/02/2011 12/05/2011 | B | 550 | 9231212 4310446 | § 27-2005 hmc:trace and repair the source and abate the nuisance consisting of mold ... mildew at south wall approx. 4 sq.ft. basement apt. In the bathroom located at apt 6, 1st apartment from east at south | NOV SENT 12/05/2011 | 01/23/2012 |
| 6-1 | 12/02/2011 12/05/2011 | B | 550 | 9231213 4310446 | § 27-2005 hmc:trace and repair the source and abate the nuisance consisting of mold ... mildew at wall in the closet. approx.10 sq.ft. basement apt. In the 2nd room from north located at apt 6, 1st apartment from east at south | NOV SENT 12/05/2011 | 01/23/2012 |
| -0 | 12/02/2011 12/05/2011 | A | 652 | 9231214 4310445 | § 27-2027 adm code repair the broken or defective rain leader at rear of building east side | NOV SENT 12/05/2011 | 03/23/2012 |

4/19/2012

http://167.153.4.70/Hpdonline/select_application.aspx

3/30/2012

# HPD Building Info

HPD Building, Registration & Violation     Services — Select — ▼     Home

3/30/2012
022812

The selected address: 149-15 BARCLAY AVENUE, Queens 11355

| HPD# | Range | Block | Lot | CD | CensusTract | Stories | A Units | B Units | Ownership | MDR# | Class |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 530449 Active | 149-15-149-15 | 05054 | 0005 | 7 | 116700 | 3 | 5 | 0 | PVT | 424203 | E |

**Building Registration Summary Report**

Find Apartment#          [Clear]  [Search]

| Charges | Owner | Last Reg Dt Reg Expire Dt | Organization | Last Nm | First Nm | House Street No Nm | Apt City | State | Zip |
|---|---|---|---|---|---|---|---|---|---|
| | Head Officer | 10/17/2011 10/01/2012 | | CHAREMI | PANAGIOTA | 24-02 82ND ST | JACKSON HGTS | NY | 11372 |
| | Officer | 10/17/2011 10/01/2012 | | SAFOS | ZACHARIAS | 24-02 82ND ST | JACKSON HGTS | NY | 11372 |
| | Corporation | 10/17/2011 10/01/2012 | OLKOS DEVELOPMENT LLC | | | 24-02 82ND ST | JACKSON HGTS | NY | 11372 |
| | Managing Agent | 10/17/2011 10/01/2012 | | SAFOS | ZACHARIAS | 149-15 | BARCLAY AVE | FLUSHING | NY |
| | Emerg. Contact | 10/17/2011 10/01/2012 | | CHAREMI | PANAGIOTA | | | | |
| | Emerg. Contact | 10/17/2011 10/01/2012 | | SAFOS | ZACHARIAS | | | | |

**Open Violations – ALL DATES**
**There are 5 Violations.** Arranged by category: **A class: 1   B class: 4   C class: 0   I class: 0**

For Definitions of the columns indicated below, select glossary under the Services option (located at the upper right).
To sort the columns, click on their underlined headers below in the blue area.

| Apt. Story no | Reported Date, nov ISSUED Date | Hzrd Class | Order no | Violation ID, Nov ID | Violation Description | Status Status Date | Certify By Date Actual Cert. Date |
|---|---|---|---|---|---|---|---|
| 6 -1 | 12/02/2011 12/05/2011 | B | 508 | 9231210 4310444 | § 27-2005 adm code repair the broken or defective plastered surfaces and paint in a uniform color ceiling, basement apt. in the bathroom located at apt 6, 1st apartment from east at south | NOV LATE 01/31/2012 | 01/23/2011 01/31/2012 |
| 6 -1 | 12/02/2011 12/05/2011 | B | 508 | 9231211 4310444 | § 27-2005 adm code repair the broken or defective plastered surfaces and paint in a uniform color south wall,basement apt. in the kitchen located at apt 6, 1st apartment from east at south | NOV LATE 01/31/2012 | 01/23/2011 01/31/2012 |
| 6 -1 | 12/02/2011 12/05/2011 | B | 550 | 9231212 4310446 | § 27-2005 hmc:trace and repair the source and abate the nuisance consisting of mold/mildew at south wall approx. 4 sq.ft. basement apt. in the bathroom located at apt 6, 1st apartment from east at south | NOV SENT 12/05/2011 | 01/23/2011 12/05/2011 |
| 6 -1 | 12/02/2011 12/05/2011 | B | 550 | 9231213 4310446 | § 27-2005 hmc:trace and repair the source and abate the nuisance consisting of mold/mildew at south wall approx. 4 sq.ft. basement apt. in the 2nd room from north located at apt 6, 1st apartment from east at south | NOV SENT 12/05/2011 | 01/23/2011 12/05/2011 |
| - 0 | 12/02/2011 12/05/2011 | A | 652 | 9231214 4310445 | § 27-2027 adm code repair or replace the defective or missing shower dripping east side | NOV SENT 12/05/2011 | 03/07/2011 12/05/2011 |

Other Units
Property Owner Registration Information
Charges
Map
Complaint Status
Complaint History
Carbon Monoxide Certificate
Litigation/Case Status
All Open Violations
prior year Open Viol.s
Ecertification
I-Card Images
Property Registration Assistance



# B - 23

http://161.153.4.70/Endonline/select_application.aspx

3/30/2012

# HPD Building Info

| | | | | | |
|---|---|---|---|---|---|
| | | | | kitchen located at apt 6, 1st apartment from east at south | |
| 6 -1 | 2011/12/02 2011/12/05 | B | 550 | 9231212 4310446 | § 27-2005 hmc:trace and repair the source and abate the nuisance consisting of mold ... mildew at south wall approx. 4 sq.ft. bathroom apt. in the bathroom located at apt 6, 1st apartment from east at south | NOV SENT 2011/12/05 | 2012/01/23 |
| 6 -1 | 2011/12/02 2011/12/05 | B | 550 | 9231213 4310446 | § 27-2005 hmc:trace and repair the source and abate the nuisance consisting of mold ... mildew at wall in the closet. approx.10 sq.ft. basement apt. in the 2nd room from north located at apt 6, 1st apartment from east at south | NOV SENT 2011/12/05 | 2012/01/23 |
| - 0 | 2011/12/02 2011/12/05 | A | 652 | 9231214 4310445 | § 27-2027 adm code repair the broken or defective rain leader at rear of building east side | NOV SENT 2011/12/05 | 2012/03/23 |

Services | News & Features | City Life | City Agencies | Office of the Mayor | Contact Us | Search

NYC.gov | NEW YORK CITY'S OFFICIAL WEB SITE

# B - 27

http://167.153.4.70/Hpdonline/select_application.aspx

6/14/2012

# HPD Building Info

HPD Building, Registration & Violation     Services  — Select —     Home

4/17/2012
022812

The selected address: 149-15 BARCLAY AVENUE, Queens 11355

| EIN# 53049 Active | Range 149-15-149-15 | Block 05054 | Lot 0005 | CD 7 | CensusTract 116700 | Storied 3 | A Units 5 | B Units 0 | Ownership PVT | | | MDR# 424203 | Class E |

## Building Registration Summary Report

Find Apartment#  [          ]   [Clear]  [Search]

| | Owner | Last Reg Dt Reg Expire Dt | Organization | Last Nm | First Nm | House No | Street Nm | Apt | City | State | Zip |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Head Officer | | 10/17/2011 10/01/2012 | | CHAREMI PANAGIOTA | | 24-02 | 82ND ST | | JACKSON HGTS | NY | 11372 |
| Officer | | 10/17/2011 10/01/2012 | | SAFOS | ZACHARIAS | 24-02 | 82ND ST | | JACKSON HGTS | NY | 11372 |
| Corporation | | 10/17/2011 10/01/2012 | OIKOS DEVELOPMENT LLC | | | 24-02 | 82ND ST | | JACKSON HGTS | NY | 11372 |
| Managing Agent | | 10/17/2011 10/01/2012 | | SAFOS | ZACHARIAS | 149-15 | BARCLAY AVE | | FLUSHING | NY | |
| Emerg. Contact | | 10/17/2011 10/01/2012 | | CHAREMI PANAGIOTA | | | | | | | |
| Emerg. Contact | | 10/17/2011 10/01/2012 | | SAFOS | ZACHARIAS | | | | | | |

**Open Violations– ALL DATES**
There are 10 Violations. Arranged by category:   A class: 1   B class: 9   C class: 0   I class: 0

For Definitions of the columns indicated below, select glossary under the Services option (located at the upper right).
To sort the columns, click on their underlined headers below in the blue area.

| Apt Story | Reported Date, NOV/ISSUED Date | Hzrd Class | Order no | Violation ID, Nov ID | Violation Description | Status Status Date | Certify By Date Actual Cert. Date |
|---|---|---|---|---|---|---|---|
| - 0 | 12/02/2011 12/05/2011 | A | 652 | 9231214 4310445 | § 27-2027 adm code repair the broken or defective rain leader at rear of building east side | NOV SENT 12/05/2011 | 03/23/2012 |
| 6 -1 | 12/02/2011 12/05/2011 | B | 508 | 9231211 4310444 | § 27-2005 adm code repair the broken or defective plastered surfaces and paint in a uniform color south wall basement apt. in the kitchen located at apt 6, 1st apartment from east at south | NOV LATE 01/31/2012 | 01/23/2012 01/31/2012 |
| 6 -1 | 12/02/2011 12/05/2011 | B | 508 | 9231210 4310444 | § 27-2005 adm code repair the broken or defective plastered surfaces and paint in a uniform color ceiling , basement apt. in the bathroom located at apt 6, 1st apartment from east at south | NOV SENT 01/31/2012 | 01/23/2012 01/31/2012 |
| 6 -1 | 12/02/2011 12/05/2011 | B | 550 | 9231213 4310446 | § 27-2005 hmc::trace and repair the source and abate the nuisance consisting of mold ... mildew at wall in the closet. approx.10 sq.ft. basement apt., in the 2nd room from north located at apt 6, 1st apartment from east at south | NOV SENT 12/05/2011 | 01/23/2012 |
| 6 -1 | 12/02/2011 12/05/2011 | B | 550 | 9231212 4310446 | § 27-2005 hmc::trace and repair the source and abate the nuisance consisting of mold .. mildew at south wall approx. 4 sq.ft. basement apt. in the bathroom located at apt 6, 1st apartment from east at south | NOV SENT 12/05/2011 | 01/23/2012 |
| - 2 | 04/13/2012 | B | 761 | 9404918 | § 27-2081 adm code discontinue use of rooms for living , properly seal pipe connections where closet, wash basin, tub & kitchen sink at cellar | OPEN 04/16/2012 | |
| - 2 | 04/13/2012 | B | 741 * | 9404919 | § 27-2070 adm code discontinue unlawful cooking space or file plans and application with this department to legalize same, if lawfully feasible, electric range at cellar | OPEN 04/15/2012 | |
| - 2 | 04/13/2012 | B | 495 | 9404920 | § 300, 301, 302, m/d law file plans and obtain a | OPEN | |

4/17/2012

# HPD Building Info

| 6-2 | 04/13/2012 - B | 550 | 9404917 | certificate of occupancy to legalize the following alteration or restore premises to prior legal condition partitions errected creating full class "a" apartment increasing occupancy of building at cellar | 04/16/2012 |
| 6-2 | 04/13/2012 - B | 550 | 9404917 | § 27-2005 hmc::trace and repair the source and abate the nuisance consisting of mold::x::south wall at closet in the private hallway located at cellar apt 6 | OPEN 04/16/2012 |
| 6-2 | 04/13/2012 - B | 550 | 9404915 | § 27-2005 hmc::trace and repair the source and abate the nuisance consisting of mold::x::south wall at cellar in the bathroom located at apt 6 | OPEN 04/16/2012 |

Services | News & Features | City Life | City Agencies | Office of the Mayor | Contact Us | Search

HPD Building Info

6/14/2012
060612

HPD Building, Registration & Violation    Services   -- Select --   ▼   Home

**Building Registration Summary Report**

The selected address: 149-15 BARCLAY AVENUE, Queens 11355

| HPD# | Range | Block | Lot | CD | CensusTract | | | | | M/DR# | Class |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 530049 Active | 149-15-149-15 | 05054 | 0005 | 7 | 116700 | Ownership PVT | | | | 424203 | E |

Find Apartment#  [        ]    Clear   Search

| | Owner | Last Reg Dt Reg Expire Dt | Organization | Last Nm | First Nm | House No | Street Nm | Apt | City | State | Zip |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Head Officer | | 10/17/2011 10/01/2012 | | CHAREMI | PANAGIOTA | 24-02 | 82ND ST | | JACKSON HGTS | NY | 11372 |
| Officer | | 10/17/2011 10/01/2012 | | SAFOS | ZACHARIAS | 24-02 | 82ND ST | | JACKSON HGTS | NY | 11372 |
| Corporation | | 10/17/2011 10/01/2012 | OLKOS DEVELOPMENT LLC | | | 24-02 | 82ND ST | | JACKSON HGTS | NY | 11372 |
| Managing Agent | | 10/17/2011 10/01/2012 | | SAFOS | ZACHARIAS | 149-15 | BARCLAY AVE | | FLUSHING | NY | |
| Emerg. Contact | | 10/17/2011 10/01/2012 | | CHAREMI | PANAGIOTA | | | | | | |
| Emerg. Contact | | 10/17/2011 10/01/2012 | | SAFOS | ZACHARIAS | | | | | | |

**Open Violations - ALL DATES**
There are 10 Violations. Arranged by category:  A class: 1   B class: 9   C class: 0   I class: 0

For Definitions of the columns indicated below, select glossary under the Services option (located at the upper right).
To sort the columns, click on their underlined headers below in the blue area.

| Apt Story No | Reported Date, nov ISSUED Date | Hzrd Class | Order no | Violation ID, NOV ID | Violation Description | Status Status Date | Certify By Date Actual Cert. Date |
|---|---|---|---|---|---|---|---|
| 6-2 | 2012/04/13 2012/04/17 | B | 550 | 9404915 4396117 | § 27-2005 hmc.trace and repair the source and abate the nuisance consisting of mold ... south wall at cellar in the bathroom located at apt 6 | NOV SENT 2012/04/17 | 2012/06/05 |
| 6-2 | 2012/04/13 2012/04/17 | B | 550 | 9404917 4396117 | § 27-2005 hmc.trace and repair the source and abate the nuisance consisting of mold ... south wall at closet in the private hallway located at cellar apt 6 | NOV SENT 2012/04/17 | 2012/06/05 |
| --2 | 2012/04/13 2012/04/17 | B | 761 | 9404918 4396117 | § 27-2081 adm code discontinue use of rooms for living, disconnect plumbing fixtures and properly seal pipe connections water closet, wash basin, tub & kitchen sink at cellar | NOV SENT 2012/04/17 | 2012/06/05 |
| --2 | 2012/04/13 2012/04/17 | B | 741 * | 9404919 4396117 | § 27-2070 adm code discontinue unlawful cooking space or file plans and application with this department to legalize same, if lawfully feasible, electric range at cellar | NOV SENT 2012/04/17 | 2012/06/05 |
| --2 | 2012/04/13 2012/04/17 | B | 495 | 9404920 4396117 | §27-...  at cellar | NOV SENT 2012/04/17 | 2012/06/05 |
| 6-1 | 2011/12/02 2011/12/05 | B | 508 | 9231210 4310444 | § 27-2005 adm code repair the broken or defective plastered surfaces and paint in a uniform color ceiling, basement apt. in the bathroom located at apt 6, 1st apartment from east at south | NOV LATE 2012/01/31 | 2012/01/23 2012/01/31 |
| 6-1 | 2011/12/02 2011/12/05 | B | 508 | 9231211 4310444 | § 27-2005 adm code repair the broken or defective plastered surfaces and paint in a uniform color south wall basement apt. in the | NOV LATE 2012/01/31 | 2012/01/23 2012/01/31 |

Other: Units

Property Owner Registration Information

Charges

Map

Complaint Status

Complaint History

Carbon Monoxide Certificate

Litigation/Case Status

All Open Violations

Prior year Open Viol. 5

Ecertification

I-Card Images

Property Registration Assistance

# HPD Building Info

5/16/2012
022812

HPD Building, Registration & Violation     Services   -- Select --   ▼    Home

**The selected address: 149-15 BARCLAY AVENUE, Queens 11355**

| HPD# | Range | Block | Lot | CD | CensusTract | Stories | A Units | B Units | Ownership | MDR# | Class |
|------|-------|-------|-----|----|-----|---------|---------|---------|-----------|------|-------|
| 530449 Active | 149-15-149-15 | 05054 | 0005 | 7 | 116700 | 3 | 5 | 0 | PVT | 424203 | E |

Other Units
Property Owner Registration Information
Charges
Map
Complaint Status
Complaint History
Carbon Monoxide Certificate
Litigation/Case Status
All Open Violations
Prior year Open Viol.'s

## Complaint History

### Historial de Quejas

Complaints received by the Department of Housing Preservation and Development within the last year are listed below. Note: One complaint # may have multiple complaint conditions associated with it.

If you require information regarding a complaint older than 1 year, you may contact HPD at any of the Borough Office locations to request a copy. There may be a fee for any requested copies.

TENANTS: If your landlord does not correct the condition(s), you have the right to initiate a tenant action against him/her in Housing Court. The Court has the authority to order the landlord to correct the condition(s) and can assess penalties for failure to comply. There is a $45 fee to file, which the Court may waive if you are unable to pay. For further information on the court process, you can call the Citywide Task Force on Housing Court at 212-962-4795, weekdays between 2 PM and 5PM.

LANDLORDS: Take immediate action to correct the conditions cited below. Failure to comply may result in the issuance of a violation and/or Housing Court action.

Find Apartment#              [          ]    [Clear]  [Search]

| Complaint Date | Complaint# | SR# | Apt# | Complaint Condition | Condition Detail | Location |
|----------------|-----------|-----|------|---------------------|------------------|----------|
| 04/10/2012 | 5960645 | | 6 | DOORS/FRAME | PEELING/FLAKING | ENTIRE APT |
| 04/10/2012 | 5960645 | | 6 | MOLD | MOLD | BATHROOM |
| 04/10/2012 | 5960645 | | 6 | CEILING | PLASTER PEELING | ENTIRE APT |
| 03/20/2012 | 5941175 | | 6 | CEILING | HOLE | ENTIRE APT |
| 03/20/2012 | 5941175 | | 6 | MOLD | MOLD | BATHROOM |
| 03/20/2012 | 5941175 | | 6 | WINDOWS | BROKEN FRAME | ENTIRE APT |
| 12/30/2011 | 5826244 | | 6 | HEAT | NO HEAT | ENTIRE APT |
| 10/28/2011 | 5725428 | | 6 | MOLD | MOLD | KITCHEN |
| 10/28/2011 | 5725428 | | 6 | MOLD | MOLD | BATHROOM |
| 10/28/2011 | 5725428 | | 6 | MOLD | MOLD | LIVING ROOM |
| 10/28/2011 | 5725364 | | 6 | WINDOW/FRAME | PEELING PAINT | LIVING ROOM |
| 10/28/2011 | 5725364 | | 6 | WINDOW/FRAME | PEELING PAINT | BEDROOM |
| 10/28/2011 | 5725364 | | 6 | WATER-LEAKS | ROOF-LEAK | BASEMENT |
| 10/28/2011 | 5725364 | | 6 | FLOOR | LARGE HOLE | ENTRANCE |
| 10/28/2011 | 5725364 | | 6 | FLOOR | LARGE HOLE | ENTIRE APT |
| 10/28/2011 | 5725364 | | 6 | WALLS | HOLE | ENTIRE APT |
| 10/28/2011 | 5725364 | | 6 | WALLS | HOLE | KITCHEN |
| 10/28/2011 | 5725364 | | 6 | CEILING | HOLE | BATHROOM |
| 10/28/2011 | 5725364 | | 6 | CEILING | PLASTER PEELING | BATHROOM |

#B-17

(103)

OHP FORM F22C
(REV. 2/2010)

THE CITY OF NEW YORK
DEPARTMENT OF HOUSING PRESERVATION AND DEVELOPMENT
DIVISION OF CODE ENFORCEMENT

**NYC**
Department of
Housing Preservation
& Development
nyc.gov/hpd

DCE/ QUEENS BORO OFFICE
120-55   QUEENS BLVD Room 1320
KEW GARDENS, NY-11415

| BLDG ID | BORO | REG NO | HOUSE NO | STREET NAME | REF # | DATE | PAGE |
|---|---|---|---|---|---|---|---|
| 630449 | QN | 424203 | 149-15 | BARCLAY AVENUE | 5725364 | 11/28/2011 | 1 of 1 |

SHIN, YOUNG
149-15 BARCLAY AVENUE
Apt # 6
QUEENS, NY 11355

Dear Sir/Madam:   SHIN

An inspection was attempted on   11/21/2011   in response to your complaint regarding

PAINT - PLASTER - CEILING - HOLE

PAINT - PLASTER - CEILING - PLASTER PEELING

PAINT - PLASTER - WALLS - HOLE

PAINT - PLASTER - WALLS - HOLE

GENERAL - FLOOR - LARGE HOLE

GENERAL - FLOOR - LARGE HOLE

PLUMBING - WATER-LEAKS - ROOF-LEAK

PAINT - PLASTER - WINDOW/FRAME - PEELING PAINT

PAINT - PLASTER - WINDOW/FRAME - PEELING PAINT

If the conditions you complained about still exist, please call   (718) 286-0803   before   **12/08/2011**
between the hours of 9.00 A.M. to 4.00 P.M. (weekdays only) to schedule an inspection
If we do not hear from you by   **12/08/2011**   your complaint will be closed. Please call the Citizens Complaint Center
at 311 after this date to file a new complaint.

Estimado Señor/Señora:   SHIN

Una inspección fue intentada el   21 de Noviembre 2011   en respuesta a su queja recibida el   28 de  Octubre 2011
Si las condiciones a las que usted se refirió en su queja todavía existen, por favor llame al teléfono   (718) 286-0803
antes de el día   **08 de Diciembre 2011**   entre las 9:00 a.m. y 4:00 p.m. (entre los días de la semana), para fijar fecha
para la inspección. Si para el día   **08 de Diciembre 2011**   no hemos oído de usted, su queja sera cerrada.  Por favor
llame al  Centro de Quejas para Ciudadanos  (Citizens Complaint Center) al 311 despues de esta fecha y
registre una queja nueva.

BUILDINGS
Do not remove
VACATE
DO NOT ENTER
THE DEPARTMENT OF BUILDINGS HAS DE-
TERMINED THAT CONDITIONS IN THIS PREM-
ISES ARE IMMINENTLY PERILOUS TO LIFE
THIS PREMISES HAS BEEN VACATED AND
ENTRY IS PROHIBITED UNTIL SUCH CONDI-
TIONS HAVE BEEN ELIMINATED TO THE SATIS-
FACTION OF THE DEPARTMENT

Overview for Complaint #:4498173 = RESOLVED                                                          Page 1 of 1



**NYC** ™

**Buildings**

.gov

always open

☒ CLICK HERE TO SIGN UP FOR BUILDINGS NEWS

## NYC Department of Buildings

## Overview for Complaint #:4498173 = RESOLVED

Complaint at: 149-15 BARCLAY AVENUE        BIN #: 4315217        Borough: QUEENS        ZIP: 11355

Re: APT 6/ BSMT ILLEGALLY CONVERTED INTO AN APT

| | | |
|---|---|---|
| Category Code: | 45   ILLEGAL CONVERSION | |
| DOB District: | N/A | |
| Special District: | | |
| Assigned To: | QUEENS BOROUGH OFFICE | Priority: B |

Received: 10/28/2011  15:20        Block: 5054        Lot: 5        Community Board: 407

Owner: OIKOS DEVELOPMENT LLC

Last Inspection: 03/12/2012 - - BY BADGE # 2269
Disposition: 03/12/2012 - Y3 - PARTIAL VACATE ORDER SERVED
Comments: 3 FAM.CONVERTED TO 4 FAMILY BY THE ADDITION OF CLASS"A"APT AT CELLAR. WITH INAQUATE 2ND MEANS OF EGRESS.VACATE IN PROGR

DOB Violation #: 031212C07RM01/02
ECB Violation #s: 34950606P  34950607R

## Complaint Disposition History

| Disposition Date | Disposition Code | Disposition | Inspection By | Date |
|---|---|---|---|---|
| 03/07/2012 | C1 | INSPECTOR UNABLE TO GAIN ACCESS - 1ST ATTEMPT - NO ACCESS LS4 POSTED | 2269 | 03/03/2012 |
| 03/12/2012 | Y3 | PARTIAL VACATE ORDER SERVED 3 FAM.CONVERTED TO 4 FAMILY BY THE ADDITION OF CLASS"A"APT AT CELLAR. WITH INAQUATE 2ND MEANS OF EGRESS.VACATE IN PROGR | 2269 | 03/12/2012 |

If you have any questions please review these Frequently Asked Questions, the Glossary, or call the 311 Citizen Service Center by dialing 311 or (212) NEW YORK outside of New York City.



http://a810-bisweb.nyc.gov/bisweb/OverviewForComplaintServlet?requestid=2&vlcompd...    3/30/2012



# NYC Buildings

## NYC Department of Buildings
### ECB Violation Details

☒ CLICK HERE TO SIGN UP FOR BUILDINGS NEWS

**Premises: 149-15 BARCLAY AVENUE QUEENS**

**BIN: 4315217   Block: 5054   Lot: 5**

Filed At: 149-15 BARCLAY AVENUE , QUEENS , NY 11355

Community Board: 407

**VIOLATION OPEN**

## ECB Violation Summary

ECB Violation Number: 34950621N

Severity: CLASS - 2

Certification Status: NO COMPLIANCE RECORDED

Hearing Status: PENDING

Penalty Balance Due: $0.00

## Respondent Information

**Name:** OIKOS DVLP LLC

**Mailing Address:** 195-11 45 AVENUE , FLUSHING , NY 11358

## Violation Details

**Violation Date:** 03/12/2012

**Served Date:** 03/15/2012

**Violation Type:** QUALITY OF LIFE

**Inspection Unit:**

**Infraction Codes   Section of Law**
206    27-/28-/BC-MISC

**Standard Description**
MISCELLANEOUS VIOLATIONS

**Specific Violation Condition(s) and Remedy:**
SEC. 1101.2 WHERE REQUIRED ALL ROOFS,PAVED AT REAR YARDS,COURTS & COURT YARDS SHALL DRAIN INTO A SEPARATE STORM SEWER SYSTEM - NOTED: DOWNSPOUT LOCATED AT REAR OF PROPERTY NOT CONNECTED TO DRAINAGE SYSTEM AS

**Issuing Inspector ID:** ✻ 2269 ✻

**Issued as Aggravated Level:** (NO) ← this report is wrong too because of my APT flood problem

high 40 inch high out side of my back door & 20 inch high inside the APT

I report this problem @ at 311.

→ caused the water in my APT

**DOB Violation Number:** 031212C07RM03

## Dept. of Buildings Compliance Information

**Certification Status:** NO COMPLIANCE RECORDED

**Compliance On:**

A Certificate of Correction must be submitted to the Administrative Enforcement Unit (AEU) for all violations. A violation that is not dismissed by ECB will continue to remain ACTIVE or 'open' on DOB records until acceptable proof is submitted to the AEU, even if you have paid the penalty imposed by ECB.

**Hearing Status:** PENDING

## ECB Hearing Information

**Scheduled Hearing Date:** 05/01/2012

**Hearing Time:** 8:30

# B-1   (107)

## ECB Penalty Information

**Penalty Imposed:** $0.00

**Adjustments:** $0.00



3/30/2012

ECB Violation Details



Page 1 of 2

**Buildings**

NYC
.gov
always open

☒ CLICK HERE TO SIGN UP FOR BUILDINGS NEWS

## NYC Department of Buildings
## ECB Violation Details

Premises: 149-15 BARCLAY AVENUE QUEENS          Filed At: 149-15 BARCLAY AVENUE , QUEENS , NY 11355
BIN: 4315217   Block: 5054   Lot: 5                            Community Board: 407

### ECB Violation Summary

ECB Violation Number: 34950607R                                       **VIOLATION OPEN**

Severity: CLASS -1

Certification Status: NO COMPLIANCE RECORDED
Hearing Status: PENDING
Penalty Balance Due: $0.00

### Respondent Information

Name:                     OIKOS DEVELOPMENT LLC
Mailing Address:   195-11 45 AVENUE , FLUSHING , NY 11358

### Violation Details

Violation Date:     03/12/2012               Violation Type:           CONSTRUCTION
Served Date:         03/12/2012               Inspection Unit:          QUALITY OF LIFE

Infraction Codes    Section of Law         Standard Description
    101            28-105.1            WORK WITHOUT A PERMIT

Specific Violation Condition(s) and Remedy:
WORK WITHOUT A PERMIT. WORK NOTED AT CELLAR OF PREMISES FULL HEIGHT PARTITIONS ERECTED WATER &
WASTE LINE INSTALLED FOR 3PC BATHROOM WITH VANITY,WATER CLOSET,SHOWER & RESIDENTIAL
SINK,ELECTRICAL LINE/WORK FOR S

Issuing Inspector ID:     2269                    DOB Violation Number: 031212C07RM02
Issued as Aggravated      NO
Level:

### Dept. of Buildings Compliance Information

Certification Status:     NO COMPLIANCE RECORDED
Compliance On:

A Certificate of Correction must be submitted to the Administrative Enforcement Unit (AEU) for all violations. A violation that is not
dismissed by ECB will continue to remain ACTIVE or "open" on DOB records until acceptable proof is submitted to the AEU, even
if you have paid the penalty imposed by ECB.

### ECB Hearing Information

Scheduled Hearing Date:    05/01/2012         Hearing Status:          PENDING
Hearing Time:                     8:30



### ECB Penalty Information

Penalty Imposed:    $0.00
Adjustments:           $0.00

http://a810-bisweb.nyc.gov/bisweb/ECBQueryByNumberServlet?requestid=2&ecbin=349...   3/30/2012

# HPD Building Info

HPD Building, Registration & Violation          Services — Select —          Home

3/30/2012
022812

**The selected address: 149-15 BARCLAY AVENUE, Queens 11355**

| HPD# | Range | Block | Lot | CD | CensusTract | Stories | A Units | B Units | Ownership | MDR# | Class |
|------|-------|-------|-----|----|-----|---------|---------|---------|-----------|------|-------|
| 330449 Active | 149-15-149-15 | 0594 | 0003 | 7 | 116700 | 3 | 5 | 0 | PVT | 424203 | E |

Other Units

Property Owner Information

Registration Information

Charges

Map

Complaint Status

Complaint History

Carbon Monoxide Certificate

Litigation/Case Status

All Open Violations

prior year Open Viol_s

Ecertification

I-Card Images

Property Registration Assistance

## Complaint History

## Historial de Quejas

Complaints received by the Department of Housing Preservation and Development within the last year are listed below. Note: One complaint # may have multiple complaint conditions associated with it.

If you require information regarding a complaint older than 1 year, you may contact HPD at any of the Borough Office locations to request a copy. There may be a fee for any requested copies.

TENANTS: If your landlord does not correct the condition(s), you have the right to initiate a tenant action against him/her in Housing Court. The Court has the authority to order the landlord to correct the condition(s) and can assess penalties for failure to comply. There is a $45 fee to file, which the Court may waive if you are unable to pay. For further information on the court process, you can call the Citywide Task Force on Housing Court at 212-962-4795, weekdays between 2 PM and 5PM.

LANDLORDS: Take immediate action to correct the conditions cited below. Failure to comply may result in the issuance of a violation and/or Housing Court action.

Find Apartment#  [      ]   [Clear]  [Search]

| Complaint Date | Complaint# | Str# | Apt# | Complaint Condition | Condition Detail | Location |
|---|---|---|---|---|---|---|
| 03/20/2012 | 5941175 | | 6 | MOLD | MOLD | BATHROOM |
| 03/20/2012 | 5941175 | | 6 | WINDOWS | BROKEN FRAME | BATHROOM |
| 03/20/2012 | 5941175 | | 6 | CEILING | WATER LEAKS | ENTIRE APT |
| 12/30/2011 | 5826244 | | 6 | HEAT | NO HEAT | ENTIRE APT |
| 10/28/2011 | 5725428 | | 6 | MOLD | MOLD | LIVING ROOM |
| 10/28/2011 | 5725428 | | 6 | MOLD | MOLD | KITCHEN |
| 10/28/2011 | 5725428 | | 6 | MOLD | MOLD | BATHROOM |
| 10/28/2011 | 5725364 | | 6 | WINDOW/FRAME | PEELING PAINT | LIVING ROOM |
| 10/28/2011 | 5725364 | | 6 | WINDOW/FRAME | PEELING PAINT | BEDROOM |
| 10/28/2011 | 5725364 | | 6 | WATER LEAKS | WATER LEAKS | BASEMENT |
| 10/28/2011 | 5725364 | | 6 | FLOOR | LARGE HOLE | ENTRANCE |
| 10/28/2011 | 5725364 | | 6 | FLOOR | LARGE HOLE | ENTIRE APT |
| 10/28/2011 | 5725364 | | 6 | WALLS | HOLE | ENTIRE APT |
| 10/28/2011 | 5725364 | | 6 | WALLS | WATER LEAKS | KITCHEN |
| 10/28/2011 | 5725364 | | 6 | CEILING | WATER LEAKS | BATHROOM |
| 10/28/2011 | 5725364 | | 6 | CEILING | PEELING | BATHROOM |

Services | News & Features | City Life | City Agencies | Office of the Mayor | Contact Us | Search

NYC.GOV - NEW YORK CITY'S OFFICIAL WEB SITE

#B-18

109



NYC
.gov
always open

# Buildings

☒ CLICK HERE TO SIGN UP FOR BUILDINGS NEWS

**NYC Department of Buildings**
**Property Profile Overview**

QUEENS 11355

| | | | |
|---|---|---|---|
| Census Tract | : 1167 | BIN# 4315217 | |
| Community Board | : 407 | Tax Block | : 5054 |
| Buildings on Lot | : 1 | Tax Lot | : 5 |
| | | Condo | : NO |
| | | Vacant | : NO |

**149-15 BARCLAY AVENUE**   149-15 - 149-15
BARCLAY AVENUE

Browse Block

View DCP Addresses...

View Zoning Documents        View Challenge Results        View Certificates of Occupancy

PARTIAL VACATE EXISTS ON THIS PROPERTY

Cross Street(s): 149 STREET, 149 PLACE
DOB Special Place Name:
DOB Building Remarks:

| | | | |
|---|---|---|---|
| Landmark Status: | | Special Status: | N/A |
| Local Law: | NO | Loft Law: | NO |
| SRO Restricted: | NO | TA Restricted: | NO |
| UB Restricted: | NO | | |
| Little 'E' Restricted: | N/A | Grandfathered Sign: | NO |
| Legal Adult Use: | NO | City Owned: | NO |
| Additional BINs for Building: | NONE | | |

Special District:     UNKNOWN

This property is not located in an area that may be affected by Tidal Wetlands, Freshwater Wetlands, or Coastal Erosion Hazard Area. Click here for more information

**Department of Finance Building Classification:**      C2-WALK-UP APARTMENT
Please Note: The Department of Finance's building classification information shows a building's tax status, which may not be the same as the legal use of
the structure. To determine the legal use of a structure, research the records of the Department of Buildings.

| | Total | Open |
|---|---|---|
| Complaints | 7 | 0 |
| Violations-DOB | 0 | 0 |
| Violations-ECB (DOB) | 4 | 4 |

This property has 1 open ECB "Work Without A Permit" Violations and may be
subject to DOB civil penalties upon application for a permit. After obtaining the
permit, a certificate of correction must be filed on the ECB violations.

**Jobs/Filings**
| | |
|---|---|
| ARA / LAA Jobs | 1 |
| Total Jobs | 2 |
| Actions | 6 |

OR Enter Action Type:
OR Select from List:
Select...
AND  Show Actions

**Elevator Records**
Electrical Applications
Permits In-Process / Issued
Illuminated Signs Annual Permits
Plumbing Inspections
Open Plumbing Jobs / Work Types
Facades
Marquee Annual Permits
Boiler Records
DEP Boiler Information
Crane Information
After Hours Variance Permits

If you have any questions please review these Frequently Asked Questions, the Glossary, or call the 311 Citizen Service Center by
dialing 311 or (212) NEW YORK outside of New York City.











#A-32



#A-3; (114)-2



